UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 CA 11655    NMG

A CORP. d/b/a ROOTER MAN )
                        )
              Plaintiff )
                        )
              MAGISTRATE JUDGE
v.                      )
                        )    CIVIL ACTION NO.
A Best Sewer & Drain Service, Inc., and )    RECEIPT #
Guy Joseph Lavenia Sr.,                 )    AMOUNT $ 250
                        )                SUMMONS ISSUED
              Defendants )               LOCAL RULE 4.1
                        )                WAIVER FORM
                                         MCF ISSUED
                                         BY DPTY. CLK.
                                         DATE  8/10/05

**VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF,**
**DAMAGES, AND DEMAND FOR JURY TRIAL**

### INTRODUCTION

This suit is brought by Plaintiff A Corp. d/b/a ROOTER MAN ("Plaintiff") in order to

enjoin Defendants A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr.

("Defendants") from their knowing and continuing conduct in infringing Plaintiff's federal

trade/service marks, false designations of origin, engaging in dilution of Plaintiff's famous

federal trade/service marks, unfair and deceptive business practices, unjust enrichment, and

fraud, all arising from the Defendants' illegal and unauthorized use of Plaintiff's federal marks

of *ROOTER MAN* and *A ROOTER MAN*. Plaintiff has recently discovered that Defendants

knowingly used Plaintiff's marks to register a domain name so called "*abestrooterman.com*" and

have continuously used the *ROOTER MAN* name/mark in connection with their online

advertisements of services in competition with Plaintiff, where the advertisements are globally

accessible. Defendants' usurpation of Plaintiff's marks was done without consent or license of

the Plaintiff and actually caused confusion in the marketplace.

1

## PARTIES

1. Plaintiff is a corporation, duly organized under laws of the Commonwealth of Massachusetts, with its principal place of business at 268 Rageway Road, N. Billerica, Massachusetts 01862.

2. Upon information and belief, Defendant A Best Sewer & Drain Service, Inc. ("Defendant A Best"), located at 2545 Delaware Ave., Kenner LA 70062, is a Louisiana corporation domiciled in the Parish of Jefferson.

3. Upon information and belief, Defendant Guy Joseph Lavenia Sr. ("Defendant Lavenia"), residing at 2231 Roosevelt Blvd., Kenner LA 70062, is the owner and President of A Best Sewer & Drain Service, Inc.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the present dispute under 28 U.S.C. §§ 1338(a) & (b).[1]  In addition, subject matter jurisdiction is satisfied based on diversity jurisdiction under 28 U.S.C. § 1332 (a).

5. Defendants established sufficient contact with the Commonwealth of Massachusetts that personal jurisdiction over Defendants is appropriate under the Massachusetts Long-arm statute and Constitutional Due Process.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTS RELEVANT TO ALL COUNTS

7. Plaintiff's predecessor, Rooter Man Corp., started to use the name and marks of *ROOTER MAN* and *A ROOTER MAN* to offer ROOTER MAN franchises that provided plumbing, sewer, and drain cleaning services in Massachusetts and interstate commerce in or about January, 1981.

---

[1] 28 U.S.C.§ 1338(a) states that "the district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to…trademarks;" 28 U.S.C.§ 1338(b) provides that "the district courts shall have original jurisdiction of any civil action asserting a claim of unfair competition when joined with a substantial and related claim under…trademark laws."

2

8. Plaintiff was incorporated under the name A Corp in March, 1982 as the successor of Rooter Man Corp. and has continuously promoted sales of the ROOTER MAN franchises in the United States and worldwide since 1982.

9. Through its active use of the *ROOTER MAN* and *A ROOTER MAN* marks through the United States and worldwide, *ROOTER MAN* and *A ROOTER MAN* name/marks have become distinctively identified in the trade with Plaintiff and, in particular, with its growing reputation for plumbing, sewer, and drain cleaning services that its franchisees provide. To date, Plaintiff has over one hundred franchisees in the United States and Canada.

10. In August 1988, Plaintiff hired Thomson & Thomson, through its attorney, to fully search for any federally registered name/marks and common law name/marks that are identical or substantially similar to the *A ROOTER MAN* and *ROOTER MAN* name/marks. There is no information from the report indicating any adoption or use of *ROOTER MAN* or *A ROOTER MAN* name/marks by Defendants by August, 1988.

11. To protect its substantial investment in the *ROOTER MAN* and *A ROOTER MAN* marks, Plaintiff applied for federal registration of the marks in 1990 and obtained the registration of the mark *A ROOTER MAN* on the principal registration of the United States Patent and Trademark Office ("USPTO") on or about August 20, 1991. (Reg. No. 1,654,512). In addition, Plaintiff obtained registration of the mark *ROOTER MAN* on the principal registration of the USPTO on or about September 3, 1991. (Reg. No. 1,655,782). *Attached hereto as Exhibit A are true and accurate copies of Plaintiff's Federal Trademark Registration Certificates for ROOTER MAN and A ROOTER MAN.* The marks were specifically registered for cleaning and repairing septic systems and clearing clogged pipes and drains, in class 37 (U.S. CL. 103).

3

12. Plaintiff has actively taken steps to protect its rights in the *ROOTER MAN* and *A ROOTER MAN* marks. Whenever Plaintiff has noticed any unlicensed use of *ROOTER MAN* and/or *A ROOTER MAN* name/marks in the marketplace, Plaintiff has actively sent out cease and desist notifications to the infringers and, on multiple occasions, the infringers who received Plaintiff's cease and desist notifications agreed to cease their unauthorized use of the name/marks. Additionally, the *ROOTER MAN* and *A ROOTER MAN* marks have obtained uncontestable status. Furthermore, Plaintiff registered a USPTO Pending Application Watch program provided by THOMSON & THOMSON to monitor potential trademark registration conflict.

13. Upon information and belief, Defendant A Best was formed in or about 1977 to provide plumbing, sewer, and drain cleaning services.

14. With actual and/or constructive notice of Plaintiff's federal registration of the *ROOTER MAN* and *A ROOTER MAN* marks, Defendants registered a service mark *ROOTER MAN* with the Louisiana Secretary of State on or about April 13, 1996, which was about five (5) years after Plaintiff's federal registration.

15. Upon information and belief, Defendants used *ROOTER MAN* mark in connection with their plumbing, sewer, and drain cleaning services within a certain limited geographic area in the State of Louisiana only.

16. To promote its business and protect its rights in *ROOTER MAN* and *A ROOTER MAN* name/marks, Plaintiff used *ROOTER MAN* name to register a domain name of *rooterman.com* with "whoisdotster.com" on or about August 1, 1997, which will expire on July 31, 2006. Similarly, Plaintiff used *A ROOTER MAN* name to register a domain name of *arooterman.com* with "whoisdotster.com" on or about July 17, 2000, which will expire on

4

July 17, 2006. Plaintiff has continuously used the above websites to promote its ROOTER
MAN franchise sales and related services since the registration.

17. In February 2001, at the International Expo held in Nashville, Tennessee where Plaintiff was
an exhibitor as the franchisor of the ROOTER MAN franchise organization, Defendant
Lavenia went to the show presenting himself as "ROOTER MAN" by using the *ROOTER
MAN* name on his outfit and business cards. Additionally, Defendant Lavenia was witnessed
walking around, talking to other people at the show and, upon information and belief,
challenging Plaintiff's rights to the *ROOTER MAN* and/or *A ROOTER MAN* name/marks.

18. Mr. Donald MacDonald, the President and CEO of Plaintiff A Corp, was surprised when he
was introduced to Defendant Lavenia who appeared as a "ROOTER MAN" at the above
trade show.

19. As a result of Defendants' conduct at the International Expo 2001, Plaintiff lost several
prospective franchisees who showed great interests in joining the ROOTER MAN franchise
organization right before the trade show and were seen talking with Defendant Lavenia at the
trade show.

20. On or about October 22, 2001, about eight (8) months after the Defendants' infringing
conduct at the International Expo 2001, Defendants used the term of *ROOTER MAN* and/or *A
ROOTER MAN* to register a domain name of *abestrooterman.com* with "whoisopensrs.net"
which will expire on October 22, 2005. Defendant Lavenia was listed as the administrative
contact for the registration.

21. Defendants advertise for sewer, drain cleaning services, and solicit for customers using the
*ROOTER MAN* mark on the website of *abestrooterman.com*, which is accessible in
Massachusetts and is interactive.

5

22. On their online advertisement and other marketing materials, Defendants fraudulently use the federal trademark registration indicator -®- with the *ROOTER MAN* mark indicating federal registration when they clearly knew about Plaintiff's federal registration of the mark. *Attached hereto as Exhibit B is some of the printout from Defendants' website* and *Exhibit C is a true and accurate copy of Defendants' marketing material.*

23. Defendants' intentionally infringing use of Plaintiff's *ROOTER MAN* and/or *A ROOTER MAN* marks in their domain name *abestrooterman.com* and website advertisement has caused confusion in the marketplace, including Massachusetts, as to the business relationship between the parties. *Attached hereto as Exhibit D are true and accurate copies of email from some of Plaintiff's franchisees showing the confusion.*

24. Defendants' infringing use of Plaintiff's *ROOTER MAN* and *A ROOTER MAN* name/marks in their domain name *abestrooterman.com* and website advertisement caused dilution of the distinctive quality of the Plaintiff's federal marks.

25. Upon information and belief, Defendants chose to use the *ROOTER MAN* and/or *A ROOTER MAN* marks nationwide, after they learned of Plaintiff's rights to the marks, in order to trade off the goodwill associated with Plaintiff's *ROOTER MAN* and *A ROOTER MAN* marks. Given the level of recognition of Plaintiff's marks in plumbing, sewer, and drain cleaning markets and Defendants' infringing conduct at the International Expo in Tennessee in 2001, it is virtually impossible that Defendants could have used Plaintiff's marks nationwide without knowing of the infringement.

26. Plaintiff has made various attempts to have Defendants cease and desist from their infringing use of Plaintiff's marks. *Attached as Exhibit E are copies of Plaintiff attorney's letters to Defendants seeking to have them cease and desist their infringing conduct.* Defendant A

Best, however, filed a civil action against Plaintiff in 24th Judicial District Court, Parish of Jefferson in Louisiana, in December 2004, seeking a permanent injunction, enjoining Plaintiff, its officers, agents, servants, employees and attorneys, from any use, advertisement, promotion, sale, and/or distribution of the *ROOTER MAN* mark or anything substantially similar to it without even mentioning about Plaintiff's rights to its federal marks.

27. Plaintiff has made efforts to resolve Defendant A Best's action without litigation. Defendant A Best, however, declined Plaintiff's attempt to settle. *Attached as Exhibit F is true and accurate copy of a letter from Plaintiff's attorney to the attorney of Defendant A Best.*

## COUNT I

### (Federal Trademark Infringement)

28. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-27.

29. Plaintiff has, at least since 1981, continuously and in good faith used in commerce within the United States and worldwide the *ROOTER MAN* and *A ROOTER MAN* marks to indicate the source of its ROOTER MAN franchise and related plumbing, sewer, and drain cleaning services.

30. Plaintiff owns the U.S. trade/service mark registration covering the above marks for uses in connection with the sale of ROOTER MAN franchises and related plumbing, sewer and drain cleaning services. The registered marks are valid, subsisting and unrevoked. The registration is prima facie evidence of the validity of the *ROOTER MAN* and *A ROOTER MAN* marks registration, Plaintiff's ownership of such marks, and Plaintiff's exclusive right to use, without condition or limitation, the marks in commerce within the United States and worldwide in connection with the sale of ROOTER MAN franchises and related plumbing, sewer and drain cleaning services provided by the ROOTER MAN franchisees.

31. Upon information and belief, Defendants first used the term of *ROOTER MAN* and/or *A ROOTER MAN* to register the domain name *abestrooterman.com* and used the *ROOTER MAN* mark with its advertisement of sewer and drain cleaning services nationwide in 2001 and was after Defendants actually knew about Plaintiff's registration of the *ROOTER MAN* and/or *A ROOTER MAN* marks, which was without any permission, license or consent of Plaintiff.

32. The services offered by Defendants on their website are identical or substantially similar to the services provided by Plaintiff's ROOTER MAN franchisees and are through the same channels of distribution to the same type of customers.

33. Since Defendants' subsequent use of the *ROOTER MAN* and/or *A ROOTER MAN* marks in the interstate commerce, there are a number of instances of actual confusion as to the business relationship between the parties as reported to Plaintiff. *See Exhibit D.*

34. Defendants' subsequent and intentional use in the interstate commerce of the *ROOTER MAN* and *A ROOTER MAN* marks in connection with sale, offering for sale, distribution and advertising of plumbing, sewer and drain cleaning services without Plaintiff's consent constituted counterfeit copy and colorable imitation of Plaintiff's registered *ROOTER MAN* and *A ROOTER MAN* marks as used in connection with plumbing, sewer, and drain cleaning services. By such use, Defendants are likely to cause confusion, or to cause mistake, or to deceive, all constituting willful trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. §1114.

35. As a result of Defendants' infringing conduct, Plaintiff suffered and is continuing to suffer from, irreparable injury, such as, without limitation, loss of potential business, capacity to compete in the marketplace, goodwill and reputation in the field.

8

36. Given the fact that Defendants intentionally infringed Plaintiff's *ROOTER MAN* and *A ROOTER MAN* marks, Plaintiff is entitled to actual damages, Defendants' profits, plus costs, all subject to multiple damages together with a reasonable attorney's fee provided by 15 U.S.C. § 1117 and all other applicable laws.

37. Given the willful nature of Defendant's infringement, Plaintiff is entitled to statutory damages in an amount of two (2) million dollars provided by 15 U.S.C. § 1117.

WHEREFORE, Plaintiff demands judgment in its favor on Count I of this Complaint together with interest, costs, and attorney fees.

## COUNT II

### (False Designations of Origin, False Descriptions)

38. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-37.

39. Given the fact as to Defendants' infringing conduct at the International Expo in Tennessee in February, 2001, there is no doubt that Defendants knew of Plaintiff's prior use and rights to the federal trade/service marks of *ROOTER MAN* and *A ROOTER MAN* when they subsequently registered the domain name *abestrooterman.com* and used *ROOTER MAN* mark with their online advertisement in October 2001.

40. Defendants' subsequent and intentional use of the *ROOTER MAN* and/or *A ROOTER MAN* mark nationwide was without consent, permission, license or any other form of authorization of Plaintiff, which, to their constructive knowledge if not actual, is likely to cause confusion as to any business relationship or affiliation between Defendants and Plaintiff.

41. Defendants' unauthorized use of the *ROOTER MAN* and/or *A ROOTER MAN* mark caused actual confusion as to affiliation and/or business relationship between the parties.

9

42. As a result of Defendants' violation of Plaintiff's rights to the *ROOTER MAN* and/or *A ROOTER MAN* marks, Plaintiff suffered from damages to its business in the form of loss of potential profits, injury to goodwill and reputation in the field, all in amounts which are not yet fully ascertainable. To date and despite ample warning, Defendants refused to cease in the unauthorized and unlawful use of the Plaintiff's marks.

43. Defendants' unauthorized use of the *ROOTER MAN* and/or *A ROOTER MAN* marks constituted willfully false designations of origin and federal unfair competition all as prohibited by § 43(a) of the Lanham Act, 15 U.S.C. §1125(a), and in violation of Plaintiff's exclusive right to use the terms of *ROOTER MAN* and *A ROOTER MAN* as trade/service name/marks.

44. Given the fact that Defendants intentionally infringed Plaintiff's *ROOTER MAN* and *A ROOTER MAN* marks, Plaintiff is entitled to actual damages, Defendants' profits, plus costs, all subject to multiple damages together with a reasonable attorney's fee provided by 15 U.S.C. § 1117 and all other applicable laws.

45. Given the willful nature of Defendant's infringing conduct, Plaintiff is entitled to statutory damages in an amount of two (2) million dollars provided by 15 U.S.C. § 1117.

WHEREFORE, Plaintiff demands judgment in its favor on Count II of this Complaint together with interest, costs, and attorney fees.

## COUNT III

### (Injury to Business Reputation and Trade/Service Mark --Dilution)

46. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-45.

47. Plaintiff has at least since 1981 continuously and in good faith used the *ROOTER MAN* and *A ROOTER MAN* marks in the interstate commerce in the United States and worldwide in

10

connection with offers of ROOTER MAN franchises that provide plumbing, sewer and drain cleaning services. As a consequence of the use of such marks, the marks have become distinctive in the minds of the field, business community, and the public of the reputation of ROOTER MAN franchises and the quality of the services that ROOTER MAN name holders provide.

48. Defendants' subsequence and intentional use of the *ROOTER MAN* and/or *A ROOTER MAN* term in their domain name and their online advertisement in connection of sale of plumbing, sewer and drain cleaning services is commercial in nature and is used in the interstate commerce without Plaintiff's consent or license.

49. Defendants' above conduct diluted the distinctive quality of the Plaintiff's federal trade/service marks, which caused and is continuing to cause Plaintiff to suffer irreparable damages as to the value of the marks, potential loss of business, injury to its goodwill and reputation in the field since members of the public may erroneously believe that Defendants are in some associated, endorsed, or affiliated relationship with Plaintiff.

50. Defendants' subsequent and intentional use of the marks *ROOTER MAN* and *A ROOTER MAN* constituted willful violation of 15 U.S.C. § 1125(c).

51. Given the fact that Defendants intentionally infringed Plaintiff's *ROOTER MAN* and *A ROOTER MAN* marks, Plaintiff is entitled to actual damages, Defendants' profits, plus costs, all subject to multiple damages together with a reasonable attorney's fee provided by 15 U.S.C. § 1117 and all other applicable laws.

52. Given the willful nature of Defendant's infringing conduct, Plaintiff is entitled to statutory damages in an amount of two (2) million dollars provided by 15 U.S.C. § 1117.

11

WHEREFORE, Plaintiff demands judgment in its favor on Count III of this Complaint together with interest, costs, and attorney fees.

## COUNT IV

### (Unfair Competition -- Unfair and Deceptive Business Practices)

53. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-52.

54. Plaintiff has at least since 1981 continuously and in good faith used the *ROOTER MAN* and *A ROOTER MAN* marks in the interstate commerce in the United States and worldwide in connection with offers of ROOTER MAN franchises that provide plumbing, sewer and drain cleaning services.

55. With actual knowledge of the prior use and registration of Plaintiff's *ROOTER MAN* and *A ROOTER MAN* marks, Defendants registered the domain name *abestrooterman.com* and advertised on the website using the *ROOTER MAN* name / mark along with the federal trademark registration indicator -®- through the internet.

56. Defendants' conduct caused confusion and mistaken belief that Defendants are associated with Plaintiff and/or that Defendants' business is supported by Plaintiff, which caused Plaintiff to have suffered irreparable damages including, without limitation, damages to the value of its federal marks, potential loss of business, injury to its goodwill, and reputation in the field.

57. Defendants' infringing conduct constituted unfair and deceptive business practices and utilization of unfair methods of competition.

WHEREFORE, Plaintiff demands judgment in its favor on Count IV of this Complaint together with interest, costs, and attorney fees.

12

## COUNT V

### (Unjust Enrichment)

58. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-57.

59. Plaintiff has at least since 1981 continuously and in good faith used the *ROOTER MAN* and *A ROOTER MAN* marks in the interstate commerce in the United States and worldwide in connection with offers of ROOTER MAN franchises that provide plumbing, sewer and drain cleaning services. Further, Plaintiff duly registered the above marks with the USPTO in 1991 to protect its investment in the creation and development of the marks.

60. Plaintiff has invested considerable amount of money to promote the sales of ROOTER MAN franchises and related services, using the *ROOTER MAN* and *A ROOTER MAN* marks, in the United State and worldwide and in developing its goodwill in the use of the marks, where Plaintiff has build a substantial business by doing so.

61. To date, Plaintiff's ROOTER MAN franchise and related services are well known in the United States and it has over one hundred (100) franchisees holding the *ROOTER MAN* and/or *A ROOTER MAN* name in the United States and Canada.

62. Defendants' subsequent and intentional use of the *ROOTER MAN* and *A ROOTER MAN* name and/or marks nationwide was without having incurred significant expense or efforts in developing or marketing the marks nationwide.

63. Defendants have unjustly enriched themselves by infringing Plaintiff's marks.

WHEREFORE, Plaintiff demands judgment in its favor on Count V of this Complaint together with interest, costs, and attorney fees.

13

## COUNT VI

### (Fraud)

64. Plaintiff repeats and realleges the statements set forth in the preceding paragraphs 1-63.

65. Defendants do not own any federally registered trade/service mark.

66. In spite of Plaintiff's demand for cease and desist, Defendants used and have continuously used the federal registration indicator -®- with their infringing use of the *ROOTER MAN* mark in their advertisements. Defendants' such use of the federal registration indicator -®- indicates that they own the federal mark *ROOTER MAN*. *See Exhibit B and Exhibit E.*

67. Defendants used the federal registration indicator with full knowledge that such use was illegal and would confuse the public and cause irreparable damages to Plaintiff.

68. Defendants' fraudulent use of the federal registration indicator is likely to cause and has actually caused confusion as to the business relationship between the parties in the marketplace, which caused Plaintiff to have suffered from irreparable damages including, without limitation, damages to the value of its federal marks, injury to its goodwill, and reputation in the marketplace.

WHEREFORE, Plaintiff demands judgment in its favor on Count VI of this Complaint together with interest, costs, and attorney fees.

### REQUESTS FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this honorable Court:

1. Temporarily restrain, preliminarily and permanently enjoin Defendants, and their agents, representatives, and assigns from infringing Plaintiff's trademarks by using the *ROOTER MAN* and *A ROOTER MAN* marks to advertise or otherwise.

14

2.  Temporarily restrain, preliminarily and permanently enjoin Defendants, and their agents, representatives, and assigns from using the domain name *abestrooterman.com*.

3.  Order the Defendants to transfer the domain name *abestrooterman.com* to Plaintiff.

4.  Order the Defendants to be required to account for all gains, profits and advantages derived by Defendants by their infringement of Plaintiff's trademarks, their unfair and deceptive business practices, their unfair competition, and their unjust enrichment.

5.  Enter judgment for Plaintiff and against Defendants on all counts.

6.  Award Plaintiff its actual, statutory, or any other damages on all counts in amounts to be determined.

7.  Award Plaintiff multiple damages provided by applicable statutes.

8.  Award Plaintiff reasonable attorney fees authorized by applicable statutes.

9.  Award Plaintiff such other relief as the Court may deem just and proper under the circumstances.

### PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS SO TRIABLE

### VERIFICATION

I, Donald MacDonald, acting as President and CEO on behalf of A Corp d/b/a ROOTER-MAN, hereby verify that the facts contained in the aforementioned Complaint are true and accurate to the best of my knowledge and belief. Signed under the pains and penalties of perjury this 10th day of August 2005.

Donald MacDonald
President & CEO
A Corp d/b/a ROOTER MAN

15

Respectfully Submitted
A Corp d/b/a ROOTER MAN
By its attorneys,

Juan (Jenny) Liu, BBO# 655921
William H. McCarter, Jr., BBO#327620
A Corp.
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 667-1144
Fax: (978) 663-0061

Date: August 10, 2005

16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  **Title of case (name of first party on each side only)**   A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.

2.  **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).**

    [ ]  **I.**   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓]  **II.**   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
                    740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    [ ]  **III.**  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                   315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                   380, 385, 450, 891.

    [ ]  **IV.**   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                   690, 810, 861-865, 870, 871, 875, 900.

    [ ]  **V.**    150, 152, 153.

3.  **Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

4.  **Has a prior action between the same parties and based on the same claim ever been filed in this court?**

                                                        YES [ ]        NO [✓]

5.  **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)**

                                                        YES [ ]        NO [✓]

    **If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**

                                                        YES [ ]        NO [✓]

6.  **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**

                                                        YES [ ]        NO [✓]

7.  **Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).**

                                                        YES [ ]        NO [✓]

    **A.**   **If yes, in which division do all of the non-governmental parties reside?**

            **Eastern Division** [ ]          **Central Division** [ ]          **Western Division** [ ]

    **B.**   **If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?**

            **Eastern Division** [✓]          **Central Division** [ ]          **Western Division** [ ]

8.  **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)**

                                                        YES [ ]        NO [ ]

**(PLEASE TYPE OR PRINT)**

**ATTORNEY'S NAME**   Juan (Jenny) Liu, Esq., and William H. McCarter, Jr., Esq.

**ADDRESS**   A Corp, P.O. Box 290, N. Billerica, MA 01862

**TELEPHONE NO.**   (978) 667-1144

®JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)   PLAINTIFFS | DEFENDANTS |
|---|---|
| A CORP D/B/A ROOTER MAN | A BEST SEWER & DRAIN SERVICE, INC., AND GUY JOSEPH LAVENIA SR. |

**(b)** County of Residence of First Listed Plaintiff    Middlesex, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Jefferson Parish, LA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Juan (Jenny) Liu and William H. McCarter, Jr.
A Corp., P.O. Box 290, N. Billerica, MA 01862 (978) 667-1144

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☒ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1   Original Proceeding    ☐ 2   Removed from State Court    ☐ 3   Remanded from Appellate Court    ☐ 4   Reinstated or Reopened    ☐ 5   Transferred from another district (specify)    ☐ 6   Multidistrict Litigation    ☐ 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. section 1114 & 1125

Brief description of cause:
trademark infringement by Defendants

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE ___    DOCKET NUMBER ___

DATE    8/10/05

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ___    AMOUNT ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___

# EXHIBIT   A



# The United States of America

## Nº 1655782

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this third day of September 1991.

*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks



Int. Cl.: 37

Prior U.S. Cl.: 103

## United States Patent and Trademark Office

Reg. No. 1,655,782
Registered Sep. 3, 1991

### SERVICE MARK
### PRINCIPAL REGISTER



A CORP. (MASSACHUSETTS CORPORATION)
263 RANGEWAY ROAD
NORTH BILLERICA, MA 01862

FOR: CLEANING AND REPAIRING SEPTIC SYSTEMS AND CLEARING CLOGGED PIPES AND DRAINS, IN CLASS 37 (U.S. CL. 103).

FIRST USE 1–11–1981; IN COMMERCE 6–12–1981.
THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SER. NO. 74–103,556, FILED 10–5–1990.

MICHAEL LEVY, EXAMINING ATTORNEY

# The United States of America

Nº 1654512

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twentieth day of August 1991.

*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks

Mark:        A ROOTERMAN TO THE RESCUE (AND DESIGN)
Reg. No.:    1,654,512
Date of Reg.: August 20, 1991

TO THE ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
COMBINED DECLARATION OF USE
AND INCONTESTABILITY UNDER SECTIONS 8 & 15
OF THE TRADEMARK ACT OF 1946, AS AMENDED

A Corp.
A Massachusetts Corporation
268 Rangeway Road
North Billerica, MA 01862

The mark shown in Registration No. 1,654,512, owned by the above-identified

registrant, has been in continuous use in interstate commerce for five consecutive years from

the date of registration, on or in connection with the goods identified in the registration, as

evidenced by the attached specimen showing the mark as currently used. There has been no

final decision adverse to registrant's claim of ownership of such mark for such goods or to

registrant's right to register the same or to keep the same on the register; and there is no

proceeding involving said rights pending and not disposed of either in the Patent and

Trademark Office or in the courts.

Registrant hereby appoints Charles E. Weinstein, Esq., Susan Barbieri Montgomery,

Esq., Thomas M.S. Hemnes, Esq., Charles H. Cella, Esq., Laurie M. McTeague, Esq. and

T. Maria Lam, Esq. of Foley, Hoag & Eliot LLP, One Post Office Square, Boston,

Massachusetts 02109, (617) 832-1000, members of the bar of The Commonwealth of

Massachusetts, its attorneys to handle all matters in connection with this Declaration.



Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent and Trademark Office**
Reg. No. 1,654,512
Registered Aug. 20, 1991

## SERVICE MARK
## PRINCIPAL REGISTER



A CORP. (MASSACHUSETTS CORPORATION)
268 RANGEWAY ROAD
NORTH BILLERICA, MA 10862

FOR: CLEANING AND REPAIRING SEPTIC SYSTEMS AND CLEARING CLOGGED PIPES AND DRAINS, IN CLASS 37 (U.S. CL. 103).

FIRST USE 1-11-1981; IN COMMERCE 1-11-1981.

SER. NO. 74-080,639, FILED 7-23-1990.

MICHAEL LEVY, EXAMINING ATTORNEY

# EXHIBIT   B

| Welcome | Services | Products | About Us | Location | Contact Us | Calendar |



*SINCE 1975*

**WE CAN CABLE IT!**
**WE CAN VIDEO IT!**

**"WHEN YOUR DRAINS DON'T WORK - WE DO!"**

Welcome to A Best Sewer & Drain Service, Inc. -- Rooter Man Web Page. It has been created to give customers and potential customers an insight into our services and general plumbing information. Ho will be helpful to you and help you understand how we fit into this picture.

Complete Plumbing Service & Repairs
Sewer & Drain Cleaning Specialists
Commercial/Residential

We can Cable It!
We can Jet It!
We can Video It!
We can Repair It!

- RESIDENTIAL / COMMERCIAL / INDUSTRIAL
- SERVICES & REPAIRS
- PROMPT, RADIO DISPATCHED SERVICE
- REASONABLE RATES
- NO EXTRA CHARGE FOR NIGHTS & WEEKENDS
- WE CAN WALK YOU THROUGH YOUR INSURANCE CLAIM
- QUALITY MATERIALS
- PROFESSIONALLY INSTALLED
- SENIOR CITIZEN DISCOUNT

State Certified Backflow Prevention Specialist

Choose from 6 different locations



   

▶ ❚❚ ■
play pause stop

Monday - Saturday: 7:00 am to 9:00 pm
Sunday: 9:00 am to 6:00 pm

Rooter Man
2545 Delaware Ave. • Kenner, LA 70062 • 504-522-9536

Welcome    Services    Products    About Us    Location    Contact Us    Calendar    News

Powered by RealPages.com<sup>SM</sup>

Copyright © 2004 Intelligent Media Ventures, LLC
All Rights Reserved.





Welcome     Services     Products     About Us     Location     Contact Us     Calendar

'SINCE '975'

*"WHEN YOUR DRAINS DON'T WORK - WE DO!"*

**Services**

- Sink / Washer / Yard & Pool Drains
- Fixtures / Faucets -- New & Existing
- Commodes
- Gas Installations; Leak Repairs / Gas Testing
- Water Heaters
- Sewer Tie-Ins
- Leaks In Slab
- Showers / Pan Replacement
- Water & Sewer Lines Cleaned, Repaired or Replaced
- Electric Sewer Service -- All Stoppages

**Electronic Leak Detection**
Our electronic pipe location and leak detection equipment is used to locate water, sewer, drain and g electrical conduit and septic tanks. It doesn't matter where, underground, within concrete slabs, or ir walls, we can find it. Often leaks and breaks can be pinpointed along with it's depth. This is accompli: the use of transmitters, pipe energizers and microphones.

**In-Line Camera Inspection**
State of the art in-line camera inspection takes the guess work out of locating and correcting most se drain problems. It allows us to view the interior of the piping to reveal damaged sections or fittings. / recording of the inspection is available upon request.

**Cabling**
Cabling a drain to clear a stoppage may not be a complete solution. Often the cable merely pokes an the drain leaving the solids that have built up over the years. The result is a recurring problem.

**High Pressure Hydro Jetting**
Hydro jetting scours the interior of the drain using up to 4000 PSI of water pressure and returns pipe its original diameter. Our wide selection of drain cleaning equipment can handle any type of stoppage plumbers can clear any type of drain ... sinks, bathtubs, showers, laundry, sewers, floor, and area dr



Monday - Saturday: 7:00 am to 9:00 pm
Sunday: 9:00 am to 6:00 pm

Rooter Man
2545 Delaware Ave. • Kenner, LA 70062 • 504-522-9536

**Welcome**    **Services**    **Products**    **About Us**    Location    **Contact Us**    **Calendar**    N

Powered by RealPages.com[SM]
Copyright © 2004 Intelligent Media Ventures, LLC
All Rights Reserved.

| Welcome | Services | Products | About Us | Location | Contact Us | Calendar |



Sewer & Drain Cleaning Specialists

*SINCE 1975*

## "WHEN YOUR DRAINS DON'T WORK - WE DO!"

---

### Products

- SAFE, SIMPLE AND EFFECTIVE
- ENVIRONMENTALLY SAFE
- PROFESSIONAL STRENGTH
- COST EFFECTIVE



### RootX

RootX is a non-systemic, patented chemical root control formula. This means it only kills the roots wi comes in contact, not the tree or plant itself. The active ingredient, Dichlobenil will not only kill roots, also prevent their re-growth for up to one year. RootX is the environmentally safe, easy to use, root the market today.

### Simply Awesome

Simply Awesome is a cost effective product that penetrates and emulsifies fats, oils, greases, soaps, without the use of caustics. It is fast acting and water based. Regular use will keep drains clean and 1 smoothly.

### Super Citrus

Super Citrus is a cost effective product that penetrates and emulsifies fats, oils, greases, soaps, hair, without the use of caustics. It is fast acting and water based. Regular use will keep drains clean and 1 smoothly.

### Super Bio-Power

Super Bio-Power is a biological drain maintainer specifically formulated to "eat" grease. The patented digesting "bugs" are scientifically developed to clean and deodorize lines.



Monday - Saturday: 7:00 am to 9:00 pm
Sunday: 9:00 am to 6:00 pm

Rooter Man
2545 Delaware Ave. • Kenner, LA 70062 • 504-522-9536

**Welcome**    **Services**    **Products**    **About Us**    **Location**    **Contact Us**    **Calendar**    **N**

Powered by RealPages.com SM
Copyright © 2004 Intelligent Media Ventures, LLC
All Rights Reserved.

| Welcome | Services | Products | About Us | Location | Contact Us | Calendar |
|---------|----------|----------|----------|----------|------------|----------|



"SINCE 1975"

**"WHEN YOUR DRAINS DON'T WORK - WE DO!"**

## About Us

Our mission is to provide a fast and reliable service. At A Best Sewer & Drain Service, Inc. -- Rooter l
strive to meet the needs and expectations of our customers. Our satisfied customers always return a
them to know that we will be there when they need us.

**Company Profile**
We are locally based and have lived in the area for over 30 years. A Best Sewer & Drain Service, Inc.
Man is a Member of the Master Plumbers Association of New Orleans.

Louisiana State • Master Plumber • Lic # 1841
State Certified Back Flow Prevention Specialist



Monday - Saturday: 7:00 am to 9:00 pm
Sunday: 9:00 am to 6:00 pm

Rooter Man
2545 Delaware Ave. • Kenner, LA 70062 • 504-522-9536

| Welcome | Services | Products | About Us | Location | Contact Us | Calendar | N |
|---------|----------|----------|----------|----------|------------|----------|---|

Powered by RealPages.com^SM
Copyright © 2004 Intelligent Media Ventures, LLC
All Rights Reserved.

**Rooter Man**

Home

Contact Us

Calendar

News

**sales@abestrooterman.com**

**Contact Us**
Please fill out the form and submit. Someone will be in touch

**Name**                                    **Title**

**Address (City,State,Zip)**

**Phone**                                   **Fax**

Submit

Click here to see current results.

Sign In

Powered by RealPages.com^SM
Copyright © 2005 Intelligent Media Ventures, LLC
All Rights Reserved.

| Welcome | Services | Products | About Us | Location | Contact Us | Calendar |
|---------|----------|----------|----------|----------|-----------|----------|





'SINCE 1975'

**"WHEN YOUR DRAINS DON'T WORK - WE DO!"**

**Location**

Servicing the Greater New Orleans and Surrounding areas

Our office hours are 7 am to 12 am Monday through Saturday and Sunday 9 am to 10 pm.

If you have an emergency call **504-466-8581**

| New Orleans East / Gentilly / Lakeview / Carrollton / 9th Ward | **504-522-9536** |
|---|---|
| Metairie / Kenner / LaPlace | **504-466-8581** |
| Algiers / Belle Chasse / & All of the Westbank | **504-368-4070** |
| LaPlace / Norco / Luling / Destrehan / St. Rose | **985-652-0084** |
| Mandeville | **985-626-5045** |
| Slidell | **985-641-3525** |

If your area does not appear above, please do not hesitate to contact us to inquire if we service your

**For More Information Contact:**
A Best Sewer & Drain Service, Inc.
Rooter Man

**Postal address:**
2545 Delaware Avenue, Kenner, Louisiana 70062

**E-Mail:**
webmaster: sales@abestrooterman.com



Monday - Saturday: 7:00 am to 9:00 pm
Sunday: 9:00 am to 6:00 pm

Rooter Man
2545 Delaware Ave. • Kenner, LA 70062 • 504-522-9536

**Welcome**      **Services**      **Products**      **About Us**      **Location**      **Contact Us**      **Calendar**      **N**

Powered by RealPages.com[SM]
Copyright © 2004 Intelligent Media Ventures, LLC
All Rights Reserved.

C

**Rooter Man**

Home

Contact Us

Calendar

News

**Calendar**
List of events

sales@abestrooterman.com

view

year    month    week    day    << 

January    26    2005    view this date    view today

January, 2005

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | S |
|--------|--------|---------|-----------|----------|--------|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

search

Sign In

Powered by RealPages.com[SM]
Copyright © 2005 Intelligent Media Ventures, LLC
All Rights Reserved.

**News**

**Rooter Man**

Home

Contact Us     **News Articles**

Calendar       Enjoy our News Articles

News

<u>sales@abestrooterman.com</u>        **There are no Articles to display.**

**<u>Search Articles</u>**

Sign In

Powered by <u>RealPages.com</u><sup>SM</sup>
Copyright © 2005 <u>Intelligent Media Ventures, LLC</u>
All Rights Reserved.

# EXHIBIT    C



# EXHIBIT    D

**Chris**

**From:** ROOTER-MAN OF WASHINGTON [RootermanofWa@comcast.net]
**Sent:** Thursday, February 24, 2005 9:37 PM
**To:** Donald


Are these rooter-man franchise owner??
http://abestrooterman.com

http://rooter-man.9601257040005.worldpages-ads.com/

http://www.rootermanplumbing.com/422612.html

http://www.arooterman.net/

Subj:     **(no subject)**
Date:     7/1/2005 12:03:23 P.M. Eastern Standard Time
From:     Dclinc138
To:       ROOTERMAN1

Donald:

I was search the internet for our site and came across this site. Is this one of ours?

Rooter Man, Kenner, LA

Darrell Charlesworth
Rooterman

# EXHIBIT    E

*Kevin R. McCarthy*

*Attorney at Law*
*155 Fairoaks Lane*
*Cohasset, Massachusetts 02025*

*Telephone*
*781-383-0639*

*Email*
*kemccar68@attbi.com*

*Fax*
*781-735-0228*

March 14, 2002

Mr. Michael D. Carbo
700 Whitney Bank Building
228 St. Charles Avenue
New Orleans, Louisiana 70130

### Re: Rooter-Man Trademark

Dear Mr. Carbo:

We are in receipt of your February 22, 2002 letter in representation of Best Sewer & Drain. In your client's original letter of February 7, 2002 he indicated that his date of registration was April 4, 1990 but provided no documented verification. In response, we provided you with specific, detailed and easily provable Federal and State registration and other use information dating back to at least January 11, 1981 ( see US Registration No. 1,654,512). You now indicate that your client's first use in Louisiana is "June of 1977". You have also provided an ad that does not properly, sufficiently or clearly support use of the Rooter-Man trademark at your new earlier date.

I do note in your enclosed ad that your client is illegally and improperly using the Federal Registration indicator of - ® - with the Rooter-Man name. We now ask that you advise your client that this illegal and fraudulent use and indication of Federal Registration when you now clearly have knowledge of our Federal Registration is a serious violation of Federal Trademark Law and exposes your client to our damages, attorney fees and other penalties. Additionally, the very fact that your client would publish an indication of Federal Registration which he does not possess is alone a disturbing fact to say the least.

If you have any specific and verifiable proof of your client's use of the Rooter-Man trademark at your now earlier date then we ask that you immediately send us this detailed information. We again ask that you immediately give us written assurances that your client will hereafter permanently refrain from any use, advertisement, promotion, sale, and distribution of the ROOTER-MAN mark or anything substantially similar to it. The trouble and expense of litigation are hard to justify but we will be forced to take legal action if you do not honor the requests we have made above, which A CORP. is required to do to protect its trademark/service mark.

Sincerely,
*Kevin R. McCarthy*

Kevin R. McCarthy

cc: Mr. Donald MacDonald

*Kevin R. McCarthy*

*Attorney at Law*
*155 Fairoaks Lane*
*Cohasset, Massachusetts 02025*

*Telephone*
781-383-0639

*Email*
*Kmmon68@mediaone.net*

*Fax*
781-735-0228

**CERTIFIED MAIL**

February 12, 2002

Mr. Jerald L Album
Reich, Meeks & Treadway, L.L.C.
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metaire, Louisiana   70002

### Re:   **ROOTER-MAN Trade Mark Infringement:**

Dear Mr. Album:

This firm acts as trademark counsel to A CORP of 268 Rangeway Road P.O. Box 290, North Billerica, MA 01862. Recently, by virtue of your February 7, 2002 letter and through other sources it has come to my client's attention that your client, A Best Sewer and Drain Service, Inc. d/b/a as Rooter man is using the ROOTER-MAN mark in connection with plumbing and sewer services. A CORP. is the owner of the trademark/service mark, ROOTER-MAN, which is properly protected by Federal Trademark Law and properly registered with and approved by the United States Patent and Trademark Office since August 20, 1991 - **Reg. No. 1,654,512.** In fact, A Corp's valuable Rooter-Man trademark has been granted Incontestable status by the USPTO. Additionally, the ROOTER-MAN trademark Domain Name has been properly registered and used on the Internet since at least August 1, 1997. The Internet is available and used in commerce in Louisiana as well as all other States. Furthermore, the ROOTER-MAN service mark has been properly registered in the State of Louisiana which clearly documents use in the State of Louisiana since at least February 22, 1982 – copy enclosed. Finally, my client and his authorized franchise associates have used the Rooter-Man trademark in business endeavors and commerce in Louisiana since at least 1987 and 1988 at International trade shows held at the Superdome in New Orleans, Louisiana.

We must and do hereby demand that your client immediately Cease and Desist the use of ROOTER-MAN in any manner whatsoever, directly or indirectly, including but not limited to use with any products or services, creditors, prospective customers, telephone Yellow Pages, the Internet or any other advertising as well as at Industry trade shows. **Furthermore, we also demand that you provide an accounting of the net revenue your client has achieved while improperly and illegally utilizing A CORP'S federally registered ROOTER-MAN trademark.**

1

Please note that any use of A CORP's trademark/service mark constitutes infringement in violation of Title 17 of the United States Code. Such infringing use makes your client liable for all the penalties that the Trademark Laws provide - **particularly now that you and they have certified notice and thus full knowledge of the infringement. More specifically, your client has illegally used the Rooter-Man trademark at the International Expo held at Nashville, Tennessee last year and, in fact, has registered for this years show under the Rooter-Man trade name. Please advise your client that any use of the Rooter-Man trademark at this years International Expo to be held at Nashville, Tennessee between 2/27/02 – 3/2/02 would now intentionally and willfully create damaging confusion with A Corp's trade show presentations. A Corp will hold your client fully liable for all damages which would result if your client attempts to utilize the valuable Rooter-Man trademark during this International Expo either on business cards, pamphlets, T-Shirts, jackets or in any manor whatsoever.**

**I am sure that you can understand the crucial importance of this matter to our client. We must ask that, no later than February 25, 2002, you give us written assurances that <u>A Best Sewer and Drain Service, Inc. d/b/a as Rooter Man</u> has discontinued and will hereafter permanently refrain from any use, advertisement, promotion, sale, and distribution of the ROOTER-MAN mark or anything substantially similar to it. The trouble and expense of litigation are hard to justify where there has been no willful infringement, and we have no reason at present to believe that your actions fall in that category. But we will be forced to take legal action if you do not honor the requests we have made above, which A CORP. is required to do to protect its valuable trademark/service mark.**

We look forward to hearing from you shortly.

Yours sincerely,

Kevin R. McCarthy

cc:  Mr. Donald MacDonald, President, A CORP
     Mr. Guy LaVenia Sr.

2

# EXHIBIT F



**MAIN ACCOUNTING OFFICE**
**PO BOX 290, N. BILLERICA, MA 01862**
**TEL: (978) 667-1144   FAX: (978) 663-0061**

## WEB SITE: WWW.ACORPSYSTEMS.COM

# *FACSIMILE LEAD SHEET*

DATE: _/  /21 /  05-_

TO: _Michael   Carbo_          FAX #: ( 504 ) _586 - 1611_

ATTN: _____          FROM: _A Corp dba Rooter Man_

We are transmitting a total of _____pages(s), including this cover sheet. *If you do not receive all pages, please contact us at one of the above numbers. Thank you!*

## *MESSAGE:*

The document included herewith may include information that is confidential and privileged. This information is intended for the use of the addressee named herein. If you are not the addressee, please be aware that nay disclosure, photocopying, distribution or use of the contents of this faxed information is prohibited. If you received this fax in error, please notify the sender by collect telephone immediately so that we may arrange for the retrieval for the original documents at no cost to you.



**Exclusive Franchise Systems**

*LEGAL DEPARTMENT*

Jenny J. Liu
*Attorney & Counsellor at Law*
Tel: (978) 667-1144 x 22
Fax: (978) 663-0061

Via Fax
(504) 586-1611

Date:  January 21, 2005

Michael D. Carbo
700 Whitney Bank Building
228 St. Charles Avenue
New Orleans, LA  70130

> **RE:**   **ROOTER-MAN Trademark Infringement**

Dear Attorney Carbo:

I refer to our conversation this afternoon.  As you agreed, the deadline to serve answers to Plaintiff's Petition and discovery requests will be extended to February 28, 2005.  We hereby agree to provide good faith response to the Petition and discovery requests by such date.  Please advise your client that our client is willing to resolve the dispute without litigation.

Thank you for your attention to the matter and please do not hesitate to contact me if you have any other question.

Very truly yours,

Jenny J. Liu


Cc:     Donald MacDonald, President, A Corp

hp officejet 4200 series 4255                    Personal Printer/Fax/Copier/Scanner

Log for
Rooter Man
978-663-0061
1/21/2005 4:30PM

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| 01/21 | 04:29p | Fax Sent | 15045861611 | 0:52 | 2 | OK |