UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 10  A 11: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>                    Plaintiff )<br>                        )<br>v.                         )<br>                        )<br>A Best Sewer & Drain Service, Inc., and )<br>Guy Joseph Lavenia Sr., )<br>                  Defendants ) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE

NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") respectfully move this honorable Court to grant its Motion for Extension of Time for Service and extend the deadline for service until January 31, 2006. In support of this motion, Plaintiff states that the Defendants reside in the State of Louisiana and the prior service process was significantly delayed as a result of the Katrina Storm. This Motion is supported by the attached attorney affidavit.

WHEREFORE, Plaintiff respectfully requests that the deadline for service process be extended until January 31, 2006 and Defendants will not be prejudiced by such extension.

Respectfully Submitted
A Corp d/b/a ROOTER MAN
By its attorneys,

_____
Juan (Jenny) Liu, BBO# 655921
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 667-1144
Fax: (978) 663-0061

Date: November 10, 2005

1

## CERTIFICATE OF SERVICE

    I certify that a true copy of the above document was served by mail to both Defendants, through Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, Suite 2000, New Orleans, LA 70130-6534, on the date set forth below.

Date:  November 10, 2005

_____
Juan Liu