UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE
2005 NOV 10 A 11: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.*

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>    Plaintiff )<br> )<br>v. )<br> )<br>A Best Sewer & Drain Service, Inc., and )<br>Guy Joseph Lavenia Sr., )<br>    Defendants )<br> ) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

**ATTORNEY'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION FOR EXTENSION OF TIME FOR SERVICE**

1. I am counsel for Plaintiff in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. A Corp d/b/a Rooter Man ("A Corp") filed Complaint against A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants") for trademark infringement with this Court on or about August 10, 2005. *Attached hereto as Exhibit 1 are true and accurate copies of the first page of the filed Complaint and the cover letter evidencing the filing.*

3. The deadline for service will end on or about December 8, 2005 under *Fed.R.Civ.P. 4(m)*.

4. On or about August 10, 2005, I obtained summons that were addressed to both Defendants from the clerk's office. *Attached hereto as Exhibit 2 are true and accurate copies of the summons.*

5. On or about August 11, 2005, I sent two copies of the Complaint along with the two summons to Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, New Orleans, LA 70130, who agreed to serve the summons and copies of Complaint upon Defendants for A Corp. *Attached hereto as Exhibit 3 are copies of a letter of August 11, 2005 and the mailing acknowledgment.*

6. On or about August 17, 2005, I obtained an amended summons naming Defendant Guy Joseph Lavenia as the agent for Defendant A Best Sewer & Drain Service Inc. as to the

1

service process from the clerk's office. *Attached hereto as Exhibit 4 is a true and accurate copy of the amended summons.*

7. On or about August 18, 2005, I sent the amended summons to Attorney Monahan to serve the Defendant A Best Sewer & Drain Service Inc. *Attached hereto as Exhibit 5 are true and accurate copies of a letter of August 18 and the mailing acknowledgment.*

8. To date, I have not received any return of service.

9. I contacted Attorney Monahan on multiple occasions and it is my understanding that due to the Katrina storm, it is virtually impossible to trace the status of the service process in connection with the summons and copies of the Complaints which were sent to Attorney Monahan in August 2005.

Signed under pains and penalties of perjury this 10th day of November, 2005.

Juan (Jenny) Liu,
BBO #: 655921
P.O. Box 290
N. Billerica, MA 01862
(978) 667-1144 x22

Date: November 10, 2005

### CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, through Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, Suite 2000, New Orleans, LA 70130-6534, on the date set forth below.

Date:   November 10, 2005

Juan Liu