⬟AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

FOR THE _____ District of _____ MASSACHUSETTS

2005 DEC 13 P 3: 11

A CORP D/B/A ROOTER MAN

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

V.

A BEST SEWER & DRAIN SERVICE INC., AND
GUY JOSEPH LAVENIA SR.

CASE NUMBER:   05 CA 11655 NMG

TO: (Name and address of Defendant)

Guy Joseph Lavenia, Sr. (agent for service process)
A Best Sewer & Drain Service Inc.
2545 Delaware Ave.
Kenner, LA 70062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan (Jenny) Liu, Esq., and
William H. McCarter, Jr., Esq.
P.O. Box 290
N. Billerica, MA 01862

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

NOV 1 0 2005

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/5/05 |
| NAME OF SERVER (PRINT) DAVID DAY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2231 ROOSEVELT BLVD. KENNER, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/5/05          _____
             *Date*                    *Signature of Server*

                 PO BOX 30149
                 *Address of Server*
                 NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.