AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE **District of** **MASSACHUSETTS**

FILED
IN CLERK'S OFFICE

2005 DEC 13 P 3: 11

A CORP D/B/A ROOTER MAN

V.

A BEST SEWER & DRAIN SERVICE INC., AND
GUY JOSEPH LAVENIA SR.

**SUMMONS IN A CIVIL ACTION**
DISTRICT OF MASS.

CASE NUMBER:   05 CA 11655 NMG

TO: (Name and address of Defendant)

Guy Joseph Lavenia, Sr.
2231 Roosevelt Blvd.
Kenner, LA 70062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan (Jenny) Liu, Esq., and
William H. McCarter, Jr., Esq.
P.O. Box 290
N. Billerica, MA 01862

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              NOV 1 0 2005
CLERK                                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/5/05 |
| NAME OF SERVER (PRINT) DAVID DAY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2231 ROOSEVELT BLVD KENNER, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/05       *[signature]*
        Date        Signature of Server

PO Box 30149
Address of Server
NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.