UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>                               Plaintiff   )<br>                                           )<br>v.                                        )<br>                                           )   CIVIL ACTION NO.<br>A Best Sewer & Drain Service, Inc., and )   05 CA 11655 NMG<br>Guy Joseph Lavenia Sr.,            )<br>                               Defendants )<br>                                           ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff"), pursuant to Fed.R.Civ.P. 55(a), respectfully move this honorable Court to grant its Motion for Entry of Default against the Defendants. In support of this motion, Plaintiff states that the Defendants in the above captioned matter failed to defend or file any documents with the Court within the time provided by the rules. This Motion is further supported by the attached attorney affidavit.

WHEREFORE, Plaintiff respectfully requests that the Defendant's default be entered.

        Respectfully Submitted
        A Corp d/b/a ROOTER MAN
        By its attorneys,

        /s/ Juan Liu
        Juan (Jenny) Liu, BBO# 655921
        P.O. Box 290
        N. Billerica, MA 01862
        Tel: (978) 667-1144
        Fax: (978) 663-0061

Date: March 14, 2006

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.


Date:  March 14, 2006                              /s/ Juan Liu_____
                                                             Juan Liu