UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN </br>                    Plaintiff </br></br> v. </br></br> A Best Sewer & Drain Service, Inc., and </br> Guy Joseph Lavenia Sr., </br>                    Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. </br> ) 05 CA 11655 NMG </br> ) </br> ) </br> ) |

**ATTORNEY'S AFFIDAVIT IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

1. I am counsel for Plaintiff in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. A Corp d/b/a Rooter Man ("A Corp") filed Complaint against A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants") for trademark infringement with this Court on or about August 10, 2005. *Attached hereto as Exhibit 1 are true and accurate copies of the first page of the filed Complaint and the cover letter evidencing the filing*.

3. Both Defendants reside in the State of Louisiana.

4. Due to the Katrina storm, the service of process was delayed and Plaintiff filed a Motion for Extension of Time for Service, which was subsequently granted. *Attached hereto as Exhibit 2 are true and accurate copies of the motion and attached affidavit*.

5. Defendants were served on or about December 5, 2005 and the service was within the 120 days period allowed by Fed.R.Civ.P. 4(m). *Attached hereto as Exhibit 3 are true and accurate copies of the summons and return receipts*.

6. Defendants had twenty (20) days from the service to file their response under Fed.R.Civ.P. 12(a) and said response was due on or about December 27, 2005.

7. Defendants did not file their answers or any other documents with the Court by December 27, 2005.

1

8. On or about January 9, 2006, Attorney Michael Carbo called me and indicated that he represented the Defendants and requested an extension to answer Plaintiff's Complaint to the end of January. I subsequently notified Attorney Carbo by phone that Plaintiff was agreeable to the extension as he requested.

9. Subsequent to the phone conversations on or about January 9, 2006, Attorney Carbo ceased to communicate with me and did not answer or return my phone calls. *Attached hereto as Exhibit 4 is a true and accurate copy of a letter to Attorney Carbo dated February 16, 2006, mailing acknowledge and returned receipt from Defendants.*

10. To date, Defendants has not filed any documents with the Court according to the docket. *Attached hereto as Exhibit 5 is a true and accurate copy of the current docket.*

Signed under pains and penalties of perjury this 13th day of March, 2006.

/s/ Juan Liu
Juan (Jenny) Liu, BBO# 655921
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 667-1144
Fax: (978) 663-0061

Date: March 13, 2006

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.

Date:  March 14, 2006                              /s/ Juan Liu
                                                   Juan Liu