# EXHIBIT 1

# Jenny L. Liu's Law Office
*Attorney & Counsellor at Law*

A Corp / P.O. Box 290
Billerica, MA 01862

Tele: (978) 667-1144 x 22
Fax: (978) 663-0061
Email: liujnny@msn.com

Date:   August 10, 2005

Civil clerk
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**05 CA 11655**   **NMG**

RE:   **A Corp d/b/a Rooter Man vs. A Best Sewer & Drain Service, Inc., and Guy Joseph Lavenia Sr.**

Dear Sir or Madam:

Enclosed herewith for filing and docketing, please find:

1. Plaintiff's verified Complaint;
2. Exhibits attached to the Complaint;
3. Civil Cover Sheet;
4. Category Form;
5. AO 120 form;
6. Summons addressed to A Best Sewer & Drain Service, Inc.;
7. Summons addressed to Guy Joseph Lavenia Sr.; and
8. A check in the amount of $250 as the filing fee.

Thank you for your attention and courtesy to this matter and please do not hesitate to contact me if you have any questions.

Very truly yours,

Juan (Jenny) Liu

Enc.

Cc:   William H. McCarter, Jr., Esq
      Donald MacDonald, President of A Corp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

A CORP. d/b/a ROOTER MAN )
                         ) 05 CA 11655 NMG
                         Plaintiff )
                         )
v.                       )
                         )          CIVIL ACTION NO.
A Best Sewer & Drain Service, Inc., and )
Guy Joseph Lavenia Sr.,  )
                         Defendants )
                         )

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, AND DEMAND FOR JURY TRIAL

### INTRODUCTION

This suit is brought by Plaintiff A Corp. d/b/a ROOTER MAN ("Plaintiff") in order to

enjoin Defendants A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr.

("Defendants") from their knowing and continuing conduct in infringing Plaintiff's federal

trade/service marks, false designations of origin, engaging in dilution of Plaintiff's famous

federal trade/service marks, unfair and deceptive business practices, unjust enrichment, and

fraud, all arising from the Defendants' illegal and unauthorized use of Plaintiff's federal marks

of *ROOTER MAN* and *A ROOTER MAN*. Plaintiff has recently discovered that Defendants

knowingly used Plaintiff's marks to register a domain name so called "*abestrooterman.com*" and

have continuously used the *ROOTER MAN* name/mark in connection with their online

advertisements of services in competition with Plaintiff, where the advertisements are globally

accessible. Defendants' usurpation of Plaintiff's marks was done without consent or license of

the Plaintiff and actually caused confusion in the marketplace.

1

# EXHIBIT  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 10 A 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| A Best Sewer & Drain Service, Inc., and | ) |
| Guy Joseph Lavenia Sr., | ) |
| Defendants | ) |
| | ) |

CIVIL ACTION NO.
05 CA 11655 NMG

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE

NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") respectfully move this honorable Court to grant its Motion for Extension of Time for Service and extend the deadline for service until January 31, 2006.  In support of this motion, Plaintiff states that the Defendants reside in the State of Louisiana and the prior service process was significantly delayed as a result of the Katrina Storm.  This Motion is supported by the attached attorney affidavit.

WHEREFORE, Plaintiff respectfully requests that the deadline for service process be extended until January 31, 2006 and Defendants will not be prejudiced by such extension.

Respectfully Submitted
A Corp d/b/a ROOTER MAN
By its attorneys,

Juan (Jenny) Liu, BBO# 655921
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 667-1144
Fax: (978) 663-0061

Date: November 10, 2005

## CERTIFICATE OF SERVICE

     I certify that a true copy of the above document was served by mail to both Defendants, through Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, Suite 2000, New Orleans, LA 70130-6534, on the date set forth below.


Date:   November 10, 2005                             _____
                                                     Juan Liu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 10 A 11:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>　　　　　　　　　　Plaintiff )<br>　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>A Best Sewer & Drain Service, Inc., and )<br>Guy Joseph Lavenia Sr., )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　Defendants )<br>　　　　　　　　　　　　　　 ) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

## ATTORNEY'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE

1. I am counsel for Plaintiff in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. A Corp d/b/a Rooter Man ("A Corp") filed Complaint against A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants") for trademark infringement with this Court on or about August 10, 2005. *Attached hereto as Exhibit 1 are true and accurate copies of the first page of the filed Complaint and the cover letter evidencing the filing.*

3. The deadline for service will end on or about December 8, 2005 under *Fed.R.Civ.P. 4(m).*

4. On or about August 10, 2005, I obtained summons that were addressed to both Defendants from the clerk's office. *Attached hereto as Exhibit 2 are true and accurate copies of the summons.*

5. On or about August 11, 2005, I sent two copies of the Complaint along with the two summons to Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, New Orleans, LA 70130, who agreed to serve the summons and copies of Complaint upon Defendants for A Corp. *Attached hereto as Exhibit 3 are copies of a letter of August 11, 2005 and the mailing acknowledgment.*

6. On or about August 17, 2005, I obtained an amended summons naming Defendant Guy Joseph Lavenia as the agent for Defendant A Best Sewer & Drain Service Inc. as to the

service process from the clerk's office. *Attached hereto as Exhibit 4 is a true and accurate copy of the amended summons.*

7.  On or about August 18, 2005, I sent the amended summons to Attorney Monahan to serve the Defendant A Best Sewer & Drain Service Inc. *Attached hereto as Exhibit 5 are true and accurate copies of a letter of August 18 and the mailing acknowledgment.*

8.  To date, I have not received any return of service.

9.  I contacted Attorney Monahan on multiple occasions and it is my understanding that due to the Katrina storm, it is virtually impossible to trace the status of the service process in connection with the summons and copies of the Complaints which were sent to Attorney Monahan in August 2005.

Signed under pains and penalties of perjury this 10th day of November, 2005.

Juan (Jenny) Liu,
BBO #: 655921
P.O. Box 290
N. Billerica, MA 01862
(978) 667-1144 x22

Date: November 10, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, through Attorney Michael Monahan, Phelps Dunbar LLP, 365 Canal Place, Suite 2000, New Orleans, LA 70130-6534, on the date set forth below.

Date:  November 10, 2005

Juan Liu

# EXHIBIT 1

# Jenny J. Liu's Law Office
*Attorney & Counsellor at Law*

A Corp / P.O. Box 290
Billerica, MA 01862

Tele: (978) 667-1144 x 22
Fax: (978) 663-0061
Email: liujnny@msn.com

Date:  August 10, 2005

Civil clerk
United States District Court for the **05 CA 11655**    NMG
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**RE:    A Corp d/b/a Rooter Man vs. A Best Sewer & Drain Service, Inc., and Guy
Joseph Lavenia Sr.**

Dear Sir or Madam:

Enclosed herewith for filing and docketing, please find:

1. Plaintiff's verified Complaint;
2. Exhibits attached to the Complaint;
3. Civil Cover Sheet;
4. Category Form;
5. AO 120 form;
6. Summons addressed to A Best Sewer & Drain Service, Inc.;
7. Summons addressed to Guy Joseph Lavenia Sr.; and
8. A check in the amount of $250 as the filing fee.

Thank you for your attention and courtesy to this matter and please do not hesitate to contact
me if you have any questions.

Very truly yours,

Juan (Jenny) Liu

Enc.

Cc:    William H. McCarter, Jr., Esq
Donald MacDonald, President of A Corp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| A CORP. d/b/a ROOTER MAN | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| A Best Sewer & Drain Service, Inc., and | ) | |
| Guy Joseph Lavenia Sr., | ) | |
| Defendants | ) | |
| | ) | |

05 CA 11655 NMG

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, AND DEMAND FOR JURY TRIAL

### INTRODUCTION

This suit is brought by Plaintiff A Corp. d/b/a ROOTER MAN ("Plaintiff") in order to enjoin Defendants A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants") from their knowing and continuing conduct in infringing Plaintiff's federal trade/service marks, false designations of origin, engaging in dilution of Plaintiff's famous federal trade/service marks, unfair and deceptive business practices, unjust enrichment, and fraud, all arising from the Defendants' illegal and unauthorized use of Plaintiff's federal marks of *ROOTER MAN* and *A ROOTER MAN*. Plaintiff has recently discovered that Defendants knowingly used Plaintiff's marks to register a domain name so called "*abestrooterman.com*" and have continuously used the *ROOTER MAN* name/mark in connection with their online advertisements of services in competition with Plaintiff, where the advertisements are globally accessible. Defendants' usurpation of Plaintiff's marks was done without consent or license of the Plaintiff and actually caused confusion in the marketplace.

1

# EXHIBIT 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS _____

A CORP D/B/A ROOTER MAN

**SUMMONS IN A CIVIL ACTION**

V.

A BEST SEWER & DRAIN SERVICE INC., AND
GUY JOSEPH LAVENIA SR.

CASE NUMBER:  05 CA 11655 NMG

TO: (Name and address of Defendant)

Guy Joseph Lavenia, Sr. (agent for service process)
A Best Sewer & Drain Service Inc.
2545 Delaware Ave.
Kenner, LA 70062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan (Jenny) Liu, Esq., and
William H. McCarter, Jr., Esq.
P.O. Box 290
N. Billerica, MA 01862

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

NOV 1 0 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/5/05 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) DAVID DAY | TITLE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2231 ROOSEVELT BLVD. KENNER, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____12/5/05_____    _____
                Date                 Signature of Server

PO BOX 30149
_____
Address of Server
NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ | District of _____ MASSACHUSETTS

A CORP D/B/A ROOTER MAN

**SUMMONS IN A CIVIL ACTION**

V.

A BEST SEWER & DRAIN SERVICE INC., AND
GUY JOSEPH LAVENIA SR.

CASE NUMBER:    05 CA 11655 NMG

TO: (Name and address of Defendant)

Guy Joseph Lavenia, Sr.
2231 Roosevelt Blvd.
Kenner, LA 70062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan (Jenny) Liu, Esq., and
William H. McCarter, Jr., Esq.
P.O. Box 290
N. Billerica, MA 01862

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

NOV 1 0 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/5/05 |
| NAME OF SERVER (PRINT)  David Day | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant.  Place where served: 2231 Roosevelt Blvd Kenner, LA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/5/05
             Date                Signature of Server

                             PO Box 30149
                             Address of Server
                             NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT    4

## Jenny J. Liu's Law Office
### Attorney & Counsellor at Law

**17 Judith Rd**
**Chelmsford, MA 01824**

**P.O. Box 290**
**Billerica, MA 01862**

**Tele: (978) 667-1144**
**Fax: (978) 663-0061**
**Email: liujnny@msn.com**

Date:    February 16, 2006

Michael D. Carbo
A Professional Law Corporation
700 Whitney Bank Building
228 St. Charles Avenue
New Orleans, Louisiana 70130

      RE:    **A Corp v. A Best Sewer & Drain Service, et al.**
            **Civil No. 05-cv-1165-NMG**

Dear Mr. Carbo:

    I refer to our conversation on or about January 9, 2006. During said conversation, you indicated that you represented the Defendants in the above-mentioned matter and requested an extension to file the Answer to the Complaint. I told you that we were agreeable to the extension to the end of January 2006 as you requested.

    After the agreed deadline passed, I tried, on multiple occasions, to contact you by calling the phone number that you gave me. You never answered the phone. To date, there is no Answer filed with the Court and there is no docket record as to the legal representation for the defendants in the above-mentioned case.

    Accordingly, kindly notify us as to your intention on your end. If we do not receive your response by the end of this month, we will be compelled to move for a default judgment. Thank you for your attention to this matter and please do not hesitate to contact me if you have any questions.

                        Very truly yours,

                        Jenny Liu

Cc:    William McCarter, Esq.
       A Best Sewer & Drain Service, Inc.
       Guy Joseph Lavenia, Sr.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

KENNER, LA 70062

| Postage | $ | 0.39 | UNIT ID: 0862 |
| Certified Fee | | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KSMYX2 |
| Total Postage & Fees | $ | 4.64 | 02/17/06 |

7004 0750 0003 0645 4548

Sent To  Guy Lavenia, Sr. / A Best Sewer & Drain Sew. Inc.
Street, Apt. No.; or PO Box No.  2545 Delaware Ave.
City, State, ZIP+4  Kenner, LA 70062

PS Form 3800, June 2002            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Guy Joseph Lavenia, Sr.
A Best Sewer & Drain Services Inc.
2545 Delaware Ave
Kenner, LA 70062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Alger Lalen     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A. Laven. A                     2/22/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer...)   7004 0750 0003 0645 4548

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW ORLEANS, LA 70130

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0862 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSMYX2 |
| Total Postage & Fees | $ 4.64 | 02/17/06 |

Sent To   *Mike Carbo, Esq.*
Street, Apt. No.; or PO Box No.   *700 Whitney Bank Building*
*228 St. Charles Ave.*
City, State, ZIP+4   *New Orleans, Louisiana*

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0003 0645 4562



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

KENNER, LA 70062

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0862 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSMYX2 |
| Total Postage & Fees | $ 4.64 | 02/17/06 |

Sent To   *Guy Joseph Lavenia, Sr.*
Street, Apt. No.; or PO Box No.   *2231 Roosevelt Blvd*
City, State, ZIP+4   *Kenner, LA 70062*

PS Form 3800, June 2002          See Reverse for Instructions

7004 0750 0003 0645 4555

# EXHIBIT    5

TRADE

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11655-NMG

A Corp. d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc. et al

Assigned to: Judge Nathaniel M. Gorton

Cause: 15:1114 Trademark Infringement

Date Filed: 08/10/2005

Jury Demand: Plaintiff

Nature of Suit: 840 Trademark

Jurisdiction: Federal Question

**Plaintiff**

**A Corp. d/b/a Rooter Man**    represented by    **Juan Liu**
17 Judith Road
Chelmsford, MA 01824
978-677-1144
Email: liujnny@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. McCarter, Jr.**
Law Offices of Leon Aronson
440 Commercial Street
Boston, MA 02109
617-723-1797
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A Best Sewer & Drain Service, Inc.**

**Defendant**

**Guy Joseph Lavenia, Sr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2005 | 1 | COMPLAINT against A Best Sewer & Drain Service, Inc., Guy Joseph Lavenia, Sr Filing fee: $ 250, receipt number 66169, filed by A Corp. d/b/a Rooter Man. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D,E# 6 Exhibit F)(Elefther, Elizabeth) (Entered: 08/11/2005) |
| 08/10/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Elefther, Elizabeth) (Entered: 08/11/2005) |

| 08/10/2005 | | Summons Issued as to A Best Sewer & Drain Service, Inc., Guy Joseph Lavenia, Sr. (Elefther, Elizabeth) (Entered: 08/11/2005) |
| 08/11/2005 | | Remark: Clerk mailed AO120 form to Director of US Patent and Trademark Office. (Elefther, Elizabeth) (Entered: 08/11/2005) |
| 11/10/2005 | 2 | MOTION for Extension of Time that the Deadline for Service Process be extended to January 31, 2006 by A Corp. d/b/a Rooter Man.(Elefther, Elizabeth) (Entered: 11/10/2005) |
| 11/10/2005 | 3 | AFFIDAVIT in Support re 2 MOTION for Extension of Time to January 31, 2006 to For service. (Elefther, Elizabeth) (Entered: 11/10/2005) |
| 11/14/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 2 Motion for Extension of Time (Nicewicz, Craig) (Entered: 11/14/2005) |
| 12/13/2005 | 4 | SUMMONS Returned Executed Guy Joseph Lavenia, Sr served on 12/5/2005, answer due 12/27/2005. (Sonnenberg, Elizabeth) (Entered: 12/14/2005) |
| 12/13/2005 | 5 | SUMMONS Returned Executed A Best Sewer & Drain Service, Inc. served on 12/5/2005, answer due 12/27/2005. (Sonnenberg, Elizabeth) (Entered: 12/14/2005) |
| 12/29/2005 | 6 | NOTICE issued to Attorney Juan Liu regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Sonnenberg, Elizabeth) (Entered: 12/29/2005) |
| 12/29/2005 | 7 | NOTICE issued to Attorney William H. McCarter, Jr regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Sonnenberg, Elizabeth) (Entered: 12/29/2005) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 03/13/2006 10:06:43 | | |
| **PACER Login:** | rm2374 | **Client Code:** | a corp |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-11655-NMG |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |