UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A Corp. d/b/a Rooter Man<br>  Plaintiff<br><br>V.<br><br>A Best Sewer & Drain Service, Inc.<br>  Defendant | CIVIL ACTION<br><br>NO. 05-CV-11655 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, A Corp. d/b/a Rooter Man for an order of Default for failure of the Defendant, A Best Sewer & Drain Service Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 28th day of March, 2006.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Elizabeth E. Sonnenberg
Deputy Clerk

Notice mailed to:
A Best Sewer & Drain Service, Inc
2545 Delaware Avenue
Kener, LA 70062

(Default Notice.wpd - 3/7/2005)