UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>A Corp. d/b/a Rooter Man</u><br>           **Plaintiff**<br><br>              V.<br><br><u>Guy Joseph Lavenia Sr.</u><br>           **Defendant** | CIVIL ACTION<br><br>NO. <u>05-CV-11655 NMG</u> |

## NOTICE OF DEFAULT

     Upon application of the Plaintiff,<u> A Corp. d/b/a Rooter Man </u> for an order of Default for failure of the Defendant,<u> Guy Joseph Lavenia Sr. </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this<u> 28th </u> day of<u> March 2006 </u> .

                                    SARAH A. THORNTON
                                    CLERK OF COURT


                              By:   <u>/s/ Elizabeth E. Sonnenberg</u>
                                   Deputy Clerk

Notice mailed to:
Guy Joseph Lavenia Sr
2231 Roosevelt Blvd.
Kenner, LA 70062

(Default Notice.wpd - 3/7/2005)