UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>          Plaintiff )<br>               )<br>v.               )<br>               ) CIVIL ACTION NO.<br>A Best Sewer & Drain Service, Inc., and ) 05 CA 11655 NMG<br>Guy Joseph Lavenia Sr.,       )<br>          Defendants )<br>               ) | |

**PLAINTIFF'S APPLICATION FOR
A JUDGMENT BY DEFAULT PURSUANT TO RULE 55(b)(2)**

   NOW COMES the Plaintiff A Corp. d/b/a ROOTER MAN ("Plaintiff"), and pursuant to Mass. R. Civ. P. 55(b)(2), hereby requests that a judgment by default be entered against Defendant A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants") on the docket with respect to the Complaint. As grounds therefore, Plaintiff states that Defendants failed to defend and failed to file any documents with the Court more than five (5) months after the Complaint and summons were served on Defendants. On or about March 28, 2006, A default was entered against the Defendants. Defendants admitted, by default, that they willfully infringed Plaintiff's federally registered service mark / name of *ROOTER-MAN* and *A ROOTER-MAN*. This Motion is further supported by the attached memorandum of law, affidavits, and exhibits.

   WHEREFORE, Plaintiff respectfully requests that the Court enter a judgment by default against Defendants for each of the counts in the Complaint and:

1. Issue a permanent injunction enjoining Defendants, and their agents, representatives, and assigns from infringing Plaintiff's trademarks by using the *ROOTER MAN* and *A ROOTER MAN* marks to advertise or otherwise.

2. Issue a permanent injunction enjoining Defendants, and their agents, representatives, and assigns from using the domain name *abestrooterman.com*.

3. Order the Defendants to transfer the domain name *abestrooterman.com* to Plaintiff.

4. Award Plaintiff damages on all counts in a total amount of $ $97,375.50 plus interest.

5. Award Plaintiff treble damages in the additional amount of $194,751.00.

6. Award Plaintiff reasonable attorney fees in the amount of $27,845.00.

7. Award Plaintiff costs in connection with this action in the amount of $917.69.

8. Award Plaintiff such other relief as the Court may deem just and proper under the circumstances.

/s/ Juan Liu_____
Juan (Jenny) Liu, BBO# 655921
William H. McCarter, Jr. BBO#327620
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 667-1144
Fax: (978) 663-0061

Date: May 23, 2006

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.

Date:   May 24, 2006              /s/ Juan Liu_____
                                  Juan Liu