UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| A CORP. d/b/a ROOTER MAN | ) | |
|                               Plaintiff | ) | |
|  | ) | |
| v. | ) | |
|  | ) | CIVIL ACTION NO. |
| A Best Sewer & Drain Service, Inc., and | ) | 05 CA 11655 NMG |
| Guy Joseph Lavenia Sr., | ) | |
|                             Defendants | ) | |

**AFFIDAVIT OF JUAN LIU**

1. I am Juan Liu, an attorney licensed to practice law in the Commonwealth of Massachusetts and have been in good standing since 2002.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case and hereby submit this affidavit based on my personal knowledge, information and belief.

3. At the time of Plaintiff's retention of my legal services for the present case, I had approximately three (3) years experience of trademark registration and maintenance, trademark disputes negotiation, and general civil litigation.

4. Attached hereto as Exhibit A is the statement of professional services rendered in connection with the present case.

5. The regular rate for my legal services was $150.00 and the total hours on this case was 90.6. The rate for legal research was $125.00 and the total hours on this case was 36.5. The rate for work of administrative nature was $40.00 and the total hours on this case was 11.

1

6. The billing records were prepared in the following manner. On the day upon which certain services were performed, I recorded a brief description, on my notebook, of the service and amount of time spent in tenth of an hour for that date. The attached billing records were based on the notebook description.

7. The disbursement records were prepared as follows. I usually keep in document on a sheet as to number of copies I make for each individual client by date. Postage expenses were recorded on my notebook on a daily base and were also evidenced by mailing receipt.

Signed under pains and penalties of perjury this 23rd day of May 2006.

/s/ Juan Liu_____
Juan Liu

Date: May 24, 2006

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.

/s/ Juan Liu_____
Juan Liu

Date:  May 24, 2006