UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>                           Plaintiff )<br>                                   )<br>v.                                    )<br>                                   )<br>A Best Sewer & Drain Service, Inc., and )<br>Guy Joseph Lavenia Sr., )<br>                          Defendants ) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

## AFFIDAVIT OF JUAN LIU

1. I am Juan Liu, an attorney licensed to practice law in the Commonwealth of Massachusetts and have been in good standing since 2002.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case and hereby submit this affidavit based on my personal knowledge, information and belief.

3. At the time of Plaintiff's retention of my legal services for the present case, I had approximately three (3) years experience of trademark registration and maintenance, trademark disputes negotiation, and general civil litigation.

4. Attached hereto as Exhibit A is the statement of professional services rendered in connection with the present case.

5. The regular rate for my legal services was $150.00 and the total hours on this case was 90.6. The rate for legal research was $125.00 and the total hours on this case was 36.5. The rate for work of administrative nature was $40.00 and the total hours on this case was 11.

6. The billing records were prepared in the following manner. On the day upon which certain services were performed, I recorded a brief description, on my notebook, of the service and amount of time spent in tenth of an hour for that date. The attached billing records were based on the notebook description.

7. The disbursement records were prepared as follows. I usually keep in document on a sheet as to number of copies I make for each individual client by date. Postage expenses were recorded on my notebook on a daily base and were also evidenced by mailing receipt.

Signed under pains and penalties of perjury this 23rd day of May 2006.

/s/ Juan Liu_____
Juan Liu

Date: May 24, 2006

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.

/s/ Juan Liu_____
Juan Liu

Date:  May 24, 2006

**Statement of Professional Services Rendered**                                   Exhibit A

Attorney:      Juan Liu
Case Name:     A Corp v. A Best Sewer and Drain Clean, Inc. et al
Case No.       05-cv-11655-NMG
Client:        A Corp d/b/a Rooter Man
Date:          May 16, 2006

| Date | Professional Services Rendered | Hours @ $150/hr |
|---|---|---|
| 5/13/2005 | Phone conference with Mr. MacDonald re A Best matter and Mr. MacDonald's intention to file an action in Mass. | 1.0 |
| 5/13/2005 | Discussed A Best matter with Attorney Bill McCarter, esp personal jurisdiction issue. | 0.8 |
| 5/23/2005 | Meeting with Mr. MacDonald and discussed A Best matter and action in Mass. | 1.0 |
| 5/26/2005 | Phone conference with Bill about complaint. | 0.5 |
| 5/26/2005 | organized facts of the case and started to draft facts statement. | 1.5 |
| 5/27/2005 | drafted complaint for A Best case | 1.8 |
| 5/31/2005 | Drafted complaint for A Best case | 2.5 |
| 6/2/2005 | Phone conference with Bill re possible of 93A claim in A Best matter. | 0.5 |
| 6/2/2005 | drafted complaint for A Best case | 1.0 |
| 6/9/2005 | Phone conference with Bill re A Best matter. | 0.5 |
| 6/10/2005 | Edited complaint against A Best Sewer | 4.0 |
| 6/13/2005 | Drafted complaint for A Best case | 3.5 |
| 6/15/2005 | Reviewed complaint for A Best matter with Mac | 1.0 |
| 6/16/2005 | Edited complaint re A Best matter. | 1.0 |
| 6/17/2005 | Edited complaint against A Best Sewer | 1.5 |
| 6/20/2005 | Met with Bill and reviewed complaint for A Best matter. | 2.0 |
| 6/22/2005 | reviewed A Best files re relevant facts of the A Best case. | 1.0 |
| 6/22/2005 | Continued to draft complaint re A Best matter. | 3.8 |
| 6/24/2005 | Phone conference with Bill regarding allegation of damages in the complaint. | 0.5 |

1