UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>                                  Plaintiff  )<br>                                            )<br>v.                                          )<br>                                            )<br>A Best Sewer & Drain Service, Inc., and  )<br>Guy Joseph Lavenia Sr.,                  )<br>                              Defendants  )<br>                                            ) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

## AFFIDAVIT OF ATTORNEY WILLIAM H. MCCARTER, JR.

I, William H. McCarter, Jr, based on my own personal knowledge, information and belief, depose and say:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case.

3. At the time of Plaintiff's retention of my legal services for this case, I had over forty (40) years of experience in general practice of law, including civil litigation, with increased concentration on civil litigation matters during the past twenty-five (25) years. I have concentrated on trademark dispute matters during the past four (4) years.

4. Attached hereto as Exhibit A is the billing records for my legal services rendered in connection with this case, showing a total of 40.5 hours of time on this case from March 30, 2005 through May 23, 2006.

5. My normal hourly rate for my legal services is $225.00.

1

6. My billing records were prepared in the following manner. On a daily basis I recorded a brief description, on notepaper in my file, of the service and amount of time spent in tenths of an hour for that date. The attached billing records are a compilation of the bills actually rendered to Plaintiff on this matter through May 23, 2006.

Signed under pains and penalties of perjury this 23rd day of May, 2006.


                                            /s/ William H. McCarter, Jr.
                                            William H. McCarter, Jr.


## CERTIFICATE OF SERVICE

      I certify that a true copy of the above document was served by mail to both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below.


                                            /s/ Juan Liu
                                            Juan Liu

Date:  May 24, 2006

**EXHIBIT A**

**Name of Attorney:** William H. McCarter, Jr.

**CONSOLIDATED STATEMENT OF SERVICES**

*ACorp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*

PROFESSIONAL SERVICES, from March 30, 2005 to June 10, 2005:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Confer with Jenny and Mac regarding possibility of fining complaint in Massachusetts Federal District Court; research on personal jurisdiction problems; preparing draft of complaint with Jenny and discussing possible claims.

TOTAL HOURS – 4.2 hrs.

PROFESSIONAL SERVICES, from June 10, 2005 to July 1, 2005:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Confer with Jenny and revising draft of complaint in Massachusetts Federal District Court; consider specification of damages in complaint and confer Jenny re memo.

TOTAL HOURS – 5.8  hrs.

PROFESSIONAL SERVICES, from July 1, 2005 to September 5, 2005:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Conferred with Jenny and reviewed revised draft of Massachusetts Federal District Court Complaint; conferred with Jenny re her call to Atty. Monahan and arrangements for service of process in LA; conferred with Jenny re attorney address on pleadings; review summonses and other documents to be filed in Massachusetts; filing Complaint and other documents in Massachusetts Federal District Court with Jenny; confer with Jenny re request of LA attorneys for new summons addressed to defendant corporation's officer; conferred with Jenny re status of service in LA and loss of communication due to hurricane.

TOTAL HOURS – 6.3  hrs.

PROFESSIONAL SERVICES, from September 5, 2005 to December 7, 2005:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Conferred with Jenny re status of service in LA and efforts to contact Attorney Monahan; conferred with Jenny re Atty. Monahan's request for additional summonses and need for extension of time limit for service, review motion for extension of time and package of documents for service through Atty. Monahan; call to Atty. Monahan re late receipt of service papers and e-mail

to Jenny in China; follow-up call to Atty. Monahan and call to court clerk re extension request.

TOTAL HOURS – 2.3  hrs.

PROFESSIONAL SERVICES, from December 7, 2005 to December 20, 2005:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Call from Mac re receipt of package from Monahan; pick-up summonses from Mac; transmittal letter to Court; file returns of service and discuss electronic filing requirements with clerk; status report to Jenny and call to Jenny.

TOTAL HOURS – 3.8  hrs.

PROFESSIONAL SERVICES, from December 20, 2005 to April 26, 2006:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Confer with Jenny regarding lack of response from Defendants and her telephone conversation with Attorney Carbo regarding extension to file Answer; review Jenny's letter to Attorney Carbo; discuss procedure for default with Jenny; review draft of motion for default and attorney's affidavit and discuss with Jenny; confer with Jenny regarding entry of default; review Jenny's memo on default judgment and damages in trademark action and discuss with Jenny; review draft of motion for default judgment and supporting memorandum and discuss with Jenny; prepare notice of address correction.

TOTAL HOURS – 8.0  hrs.

PROFESSIONAL SERVICES, from April 26, 2006 to May 23, 2006:

*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*  Review court notice on return of mail from Defendant Lavenia and confer with Jenny; telephone conferences with Jenny regarding Mac's supporting affidavit and attorney affidavits on legal fees; prepared attorney affidavit and reviewed Jenny's affidavit on attorney fees; revised Mac's supporting affidavit, application for default judgment and supporting memorandum; discussed revisions and reviewed exhibits for memorandum with Jenny.

TOTAL HOURS – 10.1 hrs.

**TOTAL TIME –March 30, 2005 to May 23, 2006 - 40.5 hours**