UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 25 P 4: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

A CORP. d/b/a ROOTER MAN )
                              Plaintiff )
                                        )
v.                                      )
                                        )          CIVIL ACTION NO.
A Best Sewer & Drain Service, Inc., and )          05 CA 11655 NMG
Guy Joseph Lavenia Sr.,                 )
                              Defendants )
                                        )

## NOTICE OF ADDRESS CORRECTION

PLEASE TAKE NOTE that my office address is incorrectly listed in your records as Law Offices of Leon Aronson, 440 Commercial Street, Boston, Massachusetts 02109. My correct office address is as follows:

Law Office of William H. McCarter, Jr.
P.O. Box 1044
Winchester, Massachusetts 01890

Kindly note your records accordingly.

Thank you for your cooperation.

William H. McCarter, Jr.
BBO # 327620
P.O. Box 1044
Winchester, MA 01890
(781)729-3892