UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>　　　　　　Plaintiff　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>A Best Sewer & Drain Service, Inc., and　)<br>Guy Joseph Lavenia Sr.,　　　　　)<br>　　　　　　Defendants　　　　　)<br>　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

## AFFIDAVIT OF JUAN LIU

1. I am Juan Liu, an attorney licensed to practice law in the Commonwealth of Massachusetts and have been in good standing since 2002.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case and hereby submit this affidavit based on my personal knowledge, information and belief.

3. Defendant A Best Sewer & Drain Service, Inc. is not an infant or incompetent person or in the military services of the United States.

4. Defendant Guy Joseph Lavenia Sr. is not an infant or incompetent person or in the military services of the Unites States.

Signed under pains and penalties of perjury this 6th day of October 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Juan Liu_____
　　　　　　　　　　　　　　　　　　　　　　　Juan Liu, Esq.

Date: October 6th, 2006