UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| A CORP. d/b/a ROOTER MAN<br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>A Best Sewer & Drain Service, Inc., and<br>Guy Joseph Lavenia Sr.,<br>　　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

**SUPPLEMENTAL AFFIDAVIT OF ATTORNEY WILLIAM H. MCCARTER, JR.**

I, William H. McCarter, Jr, based on my own personal knowledge, information and belief, depose and say:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case.

3. This affidavit supplements my affidavit of May 23, 2006 regarding my legal services rendered in this cases.

4. Attached hereto as Exhibit A is the billing records for my legal services rendered in connection with this case from May 23, 2006 through October 5, 2006, showing a total of 13.4 hours of time spent on this case during that period.

5. My normal hourly rate for my legal services is $225.00.

6. My billing records were prepared in the following manner. On a daily basis, I recorded a brief description, on notepaper in my file, of the service and amount of time spent in tenths of

an hour for that date. The attached billing records are a compilation of the bills actually rendered to Plaintiff on this matter from May 23, 2006 through October 5, 2006.

Signed under pains and penalties of perjury this 5th day of October, 2006.

                                                /s/ William H. McCarter, Jr.
                                                William H. McCarter, Jr.

<u>**EXHIBIT A**</u>

<u>**Name of Attorney:**</u> **William H. McCarter, Jr.**

<u>**CONSOLIDATED STATEMENT OF SERVICES**</u>

<u>*ACorp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*</u>

PROFESSIONAL SERVICES, from May 23, 2006 to October 5, 2006:

<u>*A Corp d/b/a Rooter Man v. A Best Sewer & Drain Service, Inc.*</u>  Email from Court Clerk concerning form of default judgment, telephone conference with Jenny, problem accessing attachment; review form of default judgment and telephone conferences with Jenny regarding addition of injunctive order separate from damages order; review federal rules and internet materials on injunctive relief and confer with Jenny; obtain materials on injunctive relief at Mac's office; review email of draft of default judgment (damages) from Jenny and telephone Jenny regarding same; telephone conference with Jenny regarding revisions to default judgment; review and revise Jenny's draft of default judgment for injunctive relief; telephone conference with Jenny regarding supplemental affidavits on additional legal fees and prepare affidavit; review documents in file and documents for filing for default judgment and confer with Jenny.

TOTAL HOURS – 13.4 hrs.

<u>**TOTAL TIME – May 23, 2006 to October 5, 2006 – 13.4 hours**</u>