UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>          Plaintiff )<br>)<br>v. )<br>)<br>A Best Sewer & Drain Service, Inc., and )<br>Guy Joseph Lavenia Sr., )<br>         Defendants )<br>) | CIVIL ACTION NO.<br>05 CA 11655 NMG |

## SUPPLEMENTAL AFFIDAVIT OF JUAN LIU

1. I am Juan Liu, an attorney licensed to practice law in the Commonwealth of Massachusetts and have been in good standing since 2002.

2. I represent Plaintiff A Corp d/b/a ROOTER MAN ("Plaintiff") in the above captioned case and hereby submit this affidavit based on my personal knowledge, information and belief.

3. At the time of Plaintiff's retention of my legal services for the present case, I had approximately three (3) years experience of trademark registration and maintenance, trademark disputes negotiation, and general civil litigation.

4. Attached hereto as Exhibit 1 is the statement of professional services rendered in connection with the present case.

5. The regular rate for my legal services was $150.00 and the total hours from May 17, 2006 through October 5, 2006 was 21.3.

1

6. The billing records were prepared in the following manner. On the day upon which certain services were performed, I recorded a brief description, on my notebook, of the service and amount of time spent in tenth of an hour for that date. The attached billing records were based on the notebook description.

7. The costs in connection with the present case through October 6, 2006 are $250.00 for the filing fee and $511.87 for the service process in the State of Louisiana.

    Signed under pains and penalties of perjury this 6th day of October 2006.

                                                      /s/ Juan Liu_____
                                                      Juan Liu

Date: October 6, 2006

**Statement of Professional Services Rendered**  |  **Exhibit 1**

Attorney:       Juan Liu
Case Name:  A Corp v. A Best Sewer and Drain Clean, Inc. et al
Case No.      05-cv-11655-NMG
Client:           A Corp d/b/a Rooter Man
Date:            October 6, 2006

| Date | Professional Services Rendered | Hours @ $150/hr |
|---|---|---|
| 5/17/2006 | Edited memo for default judgment and Mr. MacDonald's affidavits for damages; prepared exhibits evidencing A Corp's financial status; conference with Mr. MacDonald re his affidavits and edited the affidavits accordingly. | 3.5 |
| 5/18/2006 | Conference with Mr. MacDonald re his affidavits as to damages issue and edited the affidavits accordingly. | 2.0 |
| 5/19/2006 | Edited the memo and motion for default judgment; phone conference with Attorney McCarter re issue of multiple damages. | 2.0 |
| 5/22/2006 | Edited Mr. MacDonald's affidavits according the discussion with Bill. | 0.8 |
| 5/23/2006 | Edited exhibits to attorney affidavits re costs related to service process in Louisiana; Conference with Bill finalizing the motion, memo, affidavits, and exhibits all related to the motion for default judgment. | 3.0 |
| 5/24/06 | Converted all the words files into PDF format to the right size and Electronically filed motion for default judgment and all the supporting documents. | 3.5 |
| 9/27/2006 | Received and reviewed an email from the clerk re draft of an order for default Judgment; email correspondence with the clerk re the form; phone conference with Bill re same; phone conference with Mr. MacDonald re same. | 1.0 |
| 9/28/2006 | Reviewed relevant files and drafted a order for default judgment for monetary damages. | 1.0 |
| 10/2/2006 | Reviewed relevant files and drafted an order for default judgment for injunctive relief. | 1.0 |
| 10/4/2006 | Phone conference with Bill re drafts of order for default judgment and edited accordingly; reviewed provisions added by Bill. | 1.5 |
| 10/5/2006 | Conference with Bill discussing and finalizing order for default judgment and related documents. | 2.0 |
| **Total** | | **21.3** |

## Summary by Timekeeper

| Time Keeper | Type of Services | Hours | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| J. Liu | Legal Services | 21.3 | $150.00 | $3,195.00 |
| W. McCarter | Legal Services | 13.4 | $225.00 | $3,015.00 |
| **Total from 5/17/2006 to 10/5/2006** | | 34.7 | | **$ 6,210.00** |
| **Previous Total** | | | | $27,845.00 |
| **Total Amount** | | | | $34,055.00 |

## Disbursements Through May 23, 2006

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 8/10/2005 | Photocopy | 165 (.25 per pg) | $41.25 |
| 8/11/2005 | Priority mail | 1 package | $7.55 |
| 8/18/2005 | Priority mail | 1 package | $7.55 |
| 11/10/2005 | Photocopy | 210(.25 per pg) | $52.50 |
| 11/14/2005 | Priority mail | 1 package | $7.55 |
| 2/17/2005 | Certified mail | 3 | $13.92 |
| 3/14/2006 | Photocopy | 48(.25 per pg) | $12.00 |
| 5/23 /2006 | Photocopy | 54 (.25 per pg) | $13.50 |
| **Totals** | | | **$155.82** |

## Costs Through May 23, 2006

| Date | Description | Amount |
|---|---|---|
| 8/10/2005 | Case filing fee | $250.00 |
| 8/10/2005-5/23/2006 | Attorney fees and disbursement paid to Louisiana Law firm, Phelps Dunbar, LLP., in connection with the service process | $511.87 |
| **Totals** | | **$761.87** |