UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN     ) <br>                          Plaintiff   ) <br>                                   ) <br> v.                                     ) <br>                                   ) <br> A Best Sewer & Drain Service, Inc., and   ) <br> Guy Joseph Lavenia Sr.,   ) <br>                       Defendants   ) <br>                                   ) | CIVIL ACTION NO. <br> 05 CA 11655 NMG |

**CERTIFICATE OF SERVICE**

      I certify that true copies of the following documents were served upon both Defendants, A Best Sewer & Drain Service, Inc at 2545 Delaware Ave., Kenner LA 70062, Guy Joseph Lavenia Sr. at 2231 Roosevelt Blvd., Kenner LA 70062, and Attorney Michael Carbo, at A Professional law Corporation, 700 Whitney Bank Building, 228 St. Charles Avenue, New Orleans, LA 70130 by first class mail on the date set forth below:

1. Order of Default Judgment;
2. Order of Default Judgment – Injunctive Relief;
3. Affidavit of Attorney Juan Liu;
4. Supplemental Affidavit of Attorney Juan Liu together with Exhibit 1 in support of the affidavit; and
5. Supplemental Affidavit of Attorney William H. McCarter, Jr. together with Exhibit A in support of the affidavit.

Date:  October 6, 2006                           /s/ Juan Liu
                                                  Juan Liu, BBO# 655921
                                                  P.O. Box 290
                                                  N. Billerica, MA 01862
                                                  Tel: (978) 670-0718
                                                  Fax: (978) 663-0061