UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,           )<br>    Plaintiff,                                   )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>A BEST SEWER & DRAIN SERVICE, INC., and   )<br>GUY JOSEPH LAVENIA SR.,            )<br>    Defendants.                              )<br>                                                        ) | CIVIL ACTION NO.<br>05-11655 NMG |

**DEFENDANTS' OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND CROSS-MOTIONS TO VACATE ENTRY OF DEFAULT AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Best Sewer & Drain Service, Inc. (referred to in the Complaint as "A Best Sewer & Drain Service, Inc.) ("Best Sewer") and Guy Joseph LaVenia, Sr. ("Mr. LaVenia") hereby appear specially to oppose plaintiff's Motion for Default Judgment. Best Sewer and Mr. LaVenia hereby also cross move to vacate the default which has entered against them and to dismiss the Complaint for lack of personal jurisdiction. As grounds therefor, defendants state as follows:

1. Best Sewer is a Louisiana plumbing repair company with no contacts in Massachusetts. Mr. LaVenia, one of the owners of Best Sewer, also has no contacts with Massachusetts. Accordingly, there is no personal jurisdiction over them in the District of Massachusetts.

2. There is good cause to remove the default and to deny plaintiff's motion for entry of default judgment. The defendants did not earlier appear to assert their defense of lack of personal jurisdiction because they engaged counsel in Louisiana who repeatedly assured them that he was handling this matter for them. Because of the devastating effects of Hurricane Katrina and other personal problems he was experiencing, Louisiana counsel failed to respond either to the Complaint or entry of default.

4. The defendants have meritorious defenses to the plaintiff's Complaint and will be severely prejudiced if they are not permitted to assert those defenses.

5. As further grounds for this Motion, defendants rely upon the Memorandum in Support of Defendants' Opposition to Motion for Default Judgment and Cross-Motions to Vacate Entry of Default and to Dismiss for Lack of Personal Jurisdiction, and the affidavits of Veronica LaVenia, Guy LaVenia Sr., and Michael D. Carbo, all filed herewith.

WHEREFORE, defendants request that the Court deny plaintiff's motion for default judgment, vacate the default, and dismiss the plaintiff's Complaint for lack of personal jurisdiction.

Respectfully submitted,

BEST SEWER & DRAIN, INC.
and GUY LAVENIA SR.,

By their attorneys,

*/s/Barbara Gruenthal*
Barbara Gruenthal (BBO# 544029)
Howard H. Wang (BBO# 662891)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: October 18, 2006

CERTIFICATE OF SERVICE

I, Barbara Gruenthal, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 18, 2006.

/s/ *Barbara Gruenthal*
Barbara Gruenthal