UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

_____
A CORP. d/b/a ROOTER MAN,                )
    Plaintiff,                           )
                                         )
v.                                       )
                                         )   CIVIL ACTION NO.
A BEST SEWER & DRAIN SERVICE, INC., and  )   05-11655 NMG
GUY JOSEPH LAVENIA SR.,                  )
    Defendants.                          )
_____)

## AFFIDAVIT OF GUY LAVENIA SR.

1.    My name is Guy LaVenia Sr. I am the part owner of Best Sewer & Drain, Inc. ("Best Sewer") which is sometimes referred to as A Best Sewer & Drain, Inc.

2.    Best Sewer is a local plumbing service and repair company servicing the New Orleans, Louisiana area only. I reside in Kenner, Louisiana.

3.    I have absolutely no contacts with Massachusetts. I have never been in Massachusetts, and I have never conducted or solicited business there by mail, over the phone, or by any other means.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF OCTOBER, 2006.

                                              */s/ Guy LaVenia Sr.*
                                              Guy LaVenia Sr.