UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

_____

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     CIVIL ACTION NO. |
| A BEST SEWER & DRAIN SERVICE, INC., and | )     05-11655 NMG |
| GUY JOSEPH LAVENIA SR., | ) |
|     Defendants. | ) |

_____)

### NOTICE OF APPEARANCE OF BARBARA GRUENTHAL

To the Clerk of the above-captioned Court:

Please enter the appearance of Barbara Gruenthal of Cooke Clancy & Gruenthal LLP as

counsel for the defendants Best Sewer & Drain Service, Inc. (referred to in the Complaint as "A Best

Sewer & Drain Service, Inc. and Guy Joseph LaVenia, Sr.

Respectfully submitted,
BEST SEWER & DRAIN, INC.
and GUY LAVENIA SR.,
By their attorneys,

*/s/Barbara Gruenthal*
Barbara Gruenthal (BBO# 544029)
Howard H. Wang (BBO# 662891)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: October 18, 2006

### CERTIFICATE OF SERVICE

I, Barbara Gruenthal, hereby certify that the above document filed through the ECF system will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing and
paper copies will be sent to those indicated as non-registered participants on October 18, 2006.

*/s/ Barbara Gruenthal*
Barbara Gruenthal