UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )   CIVIL ACTION NO.<br>A BEST SEWER & DRAIN SERVICE, INC., and  )   05-11655 NMG<br>GUY JOSEPH LAVENIA SR.,  )<br>    Defendants.  )<br>  ) | |

**NOTICE OF APPEARANCE OF BARBARA GRUENTHAL**

To the Clerk of the above-captioned Court:

Please enter the appearance of Howard H. Wang of Cooke Clancy & Gruenthal LLP as counsel for the defendants Best Sewer & Drain Service, Inc. (referred to in the Complaint as "A Best Sewer & Drain Service, Inc. and Guy Joseph LaVenia, Sr.

> Respectfully submitted,
> BEST SEWER & DRAIN, INC.
> and GUY LAVENIA SR.,
> By their attorneys,
>
> */s/Howard H. Wang*
> Barbara Gruenthal (BBO# 544029)
> Howard H. Wang (BBO# 662891)
> COOKE, CLANCY & GRUENTHAL, LLP
> 265 Franklin Street
> Boston, MA 02110
> (617) 428-6800

Dated: October 18, 2006

CERTIFICATE OF SERVICE

I, Howard H. Wang, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 18, 2006.

/s/ *Howard H. Wang*
Howard H. Wang