UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
A CORP. d/b/a ROOTER MAN         )
                    Plaintiff    )
                                 )
v.                               )
                                 )   CIVIL ACTION NO.
A BEST SEWER & DRAIN SERVICE, INC., AND)   05 CA 11655 NMG
GUY JOSEPH LAVENIA SR.           )
                    Defendants   )
_____)

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME PERIOD FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND CROSS-MOTIONS TO VACATE ENTRY OF DEFAULT AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") in the above captioned case and respectfully moves this honorable Court to grant an enlargement of the time period prescribed for Plaintiff's response to Defendants' Opposition to Motion for Default Judgment and Cross-Motions to Vacate Entry of Default and to Dismiss for Lack of Personal Jurisdiction to Friday, November 10, 2006, as assented to by Defendants' attorney.

Motion Assented To:

| | |
|---|---|
| A Best Sewer & Drain Service, Inc. | A Corp d/b/a Rooter Man |
| Guy Joseph Lavenia, Sr. | |
| By their attorney, | By its attorney, |
| | |
| */s/ Barbara Gruenthal* | */s/ Juan Liu* |
| Barbara Gruenthal (BBO#544029) | Juan (Jenny) Liu (BBO #: 655921) |
| COOKE, CLANCY & GRUENTHAL, LLP | JENNY J. LIU'S LAW OFFICE |
| 265 Franklin Street | P.O. Box 290 |
| Boston, MA 02110 | N. Billerica, MA 01862 |
| (617) 428-6800 | (978) 670-0718 |

Date:   October 27, 2006

2

CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 27th day of October 2006.


Date:  October 27, 2006                        /s/ Juan Liu_____
                                                         Juan (Jenny) Liu