UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN )<br>         Plaintiff )<br>)<br>v. )<br>) CIVIL ACTION NO.<br>A BEST SEWER & DRAIN SERVICE, INC., and ) 05 CA 11655 NMG<br>GUY JOSEPH LAVENIA SR. )<br>         Defendants )<br>) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO VACATE ENTRY OF DEFAULT AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

  NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") and respectfully opposes Defendants' Motion to Vacate Entry of Default and Motion to Dismiss for Lack of Personal Jurisdiction.

  As grounds, Plaintiff states that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction was untimely filed without the Court's order or parties' stipulation. The defense of lack of personal jurisdiction was waived by Defendants' late filing. Even if the late filing of the Motion to Dismiss for Lack of Personal Jurisdiction is subsequently allowed by the Court, this Court has proper personal jurisdiction over both Defendants. Additionally, Defendants' Motion to Vacate Entry of Default was untimely filed, and Defendants failed to present good cause under Fed. R. Civ. P 55(c), based upon which the Court may vacate the entry of default. Plaintiff's Opposition is further supported by the attached memorandum, affidavit and exhibit.

  WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Vacate the Entry of Default and Motion to Dismiss for Lack of Personal Jurisdiction.

1

        Respectfully Submitted
        A Corp d/b/a ROOTER MAN
        By its attorneys,

        /s/ Juan Liu_____
        Juan (Jenny) Liu, BBO# 655921
        William H. McCarter, Jr., BBO#327620
        P.O. Box 290
        N. Billerica, MA 01862
        Tel: (978) 670-0718
        Fax: (978) 663-0061

Date: November 10, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 10th day of November 2006.

Date:  November 10, 2006        /s/ Juan Liu_____
                                                      Juan (Jenny) Liu