UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) CIVIL ACTION NO. <br> A BEST SEWER & DRAIN SERVICE, INC., and ) 05 CA 11655 NMG <br> GUY JOSEPH LAVENIA SR. ) <br> Defendants ) <br> ) | |

**PLAINTIFF'S REPLY TO DEFENDANTS'**
**OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

NOW comes Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") and hereby respectfully replies to the Opposition to Plaintiff's Motion for Default Judgment by Defendants A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia Sr. ("Defendants"). Defendants' Opposition to Motion for Default Judgment was untimely filed, and Defendants failed to set forth any grounds why Plaintiff's Motion for Default Judgment should not be allowed other than the filing of a Motion to Vacate the Entry of Default and to Dismiss for Lack of Personal Jurisdiction.

Local Rule 7.1 (B)(2) of United State District Court for Massachusetts requires that "a party opposing a motion, shall file an opposition to the motion within fourteen (14) days after service of the motion, unless another period is fixed by rule or statue, or by order of the court…" Additionally, Local Rule 7.1 (A)(2) states, "no motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue."

In the present case, Defendants' Opposition to Motion for Default Judgment was filed more than one hundred and thirty five (135) days after the Motion for Default Judgment was

1

filed. Before Defendants filed their Opposition, they made no efforts to contact Plaintiff regarding a stipulation for their late filing or to seek an order of the Court to enlarge the time for the late filing. As such, Defendants' Opposition to Motion for Default Judgment was untimely filed without proper permission, either by an order of the Court or by stipulation of the parties.

Furthermore, Defendants failed to set forth any grounds why Plaintiff's Motion for Default Judgment should not be granted other than filing a Motion to Vacate Entry of Default and to Dismiss for Lack of Personal Jurisdiction. Plaintiff hereby refers to its Opposition to Defendants' Motion to Vacate Entry of Default and Motion to Dismiss for Lack of Personal Jurisdiction.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Opposition to Motion for Default Judgment and rule in favor of Plaintiff or such other order as the Court deems proper.

Respectfully Submitted
A Corp d/b/a ROOTER MAN
By its attorneys,

/s/ Juan Liu_____
Juan (Jenny) Liu, BBO# 655921
William H. McCarter, Jr., BBO#327620
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 670-0718

Date: November 10, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 10th day of November 2006.

Date:  November 10, 2006                                  /s/ Juan Liu_____
                                                           Juan (Jenny) Liu