UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| A CORP. d/b/a ROOTER MAN ) | | |
|                            Plaintiff ) | | |
| ) | | |
| v. ) | | |
| ) | CIVIL ACTION NO. | |
| A BEST SEWER & DRAIN SERVICE, INC., and ) | 05 CA 11655 NMG | |
| GUY JOSEPH LAVENIA SR. ) | | |
|                          Defendants ) | | |
| ) | | |

**AFFIDAVIT OF DONALD MACDONALD**

1. I am Donald MacDonald, the President and CEO of Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") in the above captioned case. I have personal knowledge of the matters set forth in this Affidavit.

2. In or about January, 1981, Rooter Man Corporation started to use the name and marks of *ROOTER MAN* and *A ROOTER MAN* to offer ROOTER MAN franchises that provided plumbing, sewer, and drain cleaning services in the Commonwealth of Massachusetts and interstate commerce.

3. Plaintiff was incorporated under the name of A Corp in March, 1982 as the assignee of the franchise business of Rooter Man Corp. and has continuously promoted sales of the ROOTER MAN franchises in the U.S. and worldwide since 1982. By December 31, 2005, there were 106 ROOTER MAN franchises operating 294 units in thirty seven (37) states in the U.S. and Canada.

4. Through its active use of the *ROOTER MAN* and *A ROOTER MAN* names and marks through the United States and worldwide, the *ROOTER MAN* and *A ROOTER MAN* name/marks have become distinctively identified in the trade with Plaintiff and, in

1

particular, with its growing reputation for providing successful franchises for plumbing, sewer, and drain cleaning services. To date, Plaintiff has been named, for the fourth (4th) consecutive year, number one franchise in the category of plumbing by Entrepreneur Magazine and has been ranked number nine (9) out of the top thirty (30) New England franchises.

5. In August, 1988, Plaintiff hired Thomson & Thomson, through its attorney, to fully search any federally registered name/marks and common law name/marks that are identical or substantially similar to the *A ROOTER MAN* and *ROOTER MAN* name/marks. The report of Thomson & Thomson did not indicate any adoption or use of *ROOTER MAN* or *A ROOTER MAN* name/marks by Defendants by August 1988, or by any other persons in Louisiana.

6. To protect its substantial investment in the *ROOTER MAN* and *A ROOTER MAN* marks, Plaintiff applied for federal registration of the marks in 1990 and obtained the registration of the *A ROOTER MAN* mark on the principal registration of the United States Patent and Trademark Office ("USPTO") on or about August 20, 1991 (Reg. No. 1,654,512). In addition, Plaintiff obtained registration of the *ROOTER MAN* mark on the principal registration of the USPTO on or about September 3, 1991 (Reg. No. 1,655,782). The marks were specifically registered for cleaning and repairing septic systems and clearing clogged pipes and drains, in class 37 (U.S. CL. 103).

7. Plaintiff has actively taken steps to protect its rights in the *ROOTER MAN* and *A ROOTER MAN* names and marks. Whenever Plaintiff notices any unlicensed use of *ROOTER MAN* and/or *A ROOTER MAN* name/marks in the marketplace, Plaintiff actively notifies the possible infringers by sending out cease and desist letters. On

multiple occasions, the infringers who received Plaintiff's cease and desist notifications agreed to cease their unauthorized use of the name/marks. Additionally, the *ROOTER MAN* and *A ROOTER MAN* marks obtained **uncontestable status** in 1997. Furthermore, Plaintiff actively monitors any potential trademark registration conflict at USPTO through a Pending Application Watch program provided by THOMSON & THOMSON.

8. In February 2001, at an International Pumper and Cleaner Environmental Expo ("2001 Trade Show") held in Nashville, Tennessee where Plaintiff was an exhibitor as the franchisor of the ROOTER MAN franchise, Defendant Lavenia went to the show presenting himself as "ROOTER MAN" using the *ROOTER MAN* name on his outfit and business cards. Additionally, Defendant Lavenia was witnessed walking around, talking to other people at the show and, upon information and belief, challenging Plaintiff's rights to the *ROOTER MAN* and/or *A ROOTER MAN* name/marks.

9. On or about October 22, 2001, about eight (8) months after the Defendants' infringing conduct at the 2001 Trade Show and after Defendants met Plaintiff at the 2001 Trade Show, Defendants used the term of *ROOTER MAN* and/or *A ROOTER MAN* to register a domain name of *abestrooterman.com* with "whoisopensrs.net." Defendant Lavenia was listed as the administrative contact for the registration.

10. In their online advertisement and other marketing materials, Defendants fraudulently used the federal trademark registration symbol -®- with the *ROOTER MAN* mark indicating federal registration when they clearly knew about Plaintiff's federal registration of the mark. *See* http://abestrooterman.com *(January 26, 2005), a print out is attached hereto as Exhibit 1*. Defendants recently modified their website by changing

the symbol -®- to "™".  See http://abestrooterman.com *(October 19, 2006) a print out is attached hereto as Exhibit 2*.

11. Defendants' intentionally infringing use of Plaintiff's *ROOTER MAN* and/or *A ROOTER MAN* marks in the domain name of *abestrooterman.com* and website advertisement has caused confusion in the marketplace including Massachusetts, as to the business relationship between the parties.  *See Exhibit 3*.

12. Knowing that the current action is pending, Defendants have continued to use the name/mark *ROOTER MAN / A ROOTER MAN* in their online advertisement and their website of "*abestrooterman.com*", which continues to operate. Plaintiff has received many emails evidencing genuine confusion as to the relationship between Plaintiff and Defendants.  *See Exhibit 4*.

Signed under pains and penalties of perjury this 10th day of November, 2006.

/s/Donald MacDonald
Donald Macdonald

### CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 10th day of November 2006.

Date:   November 10, 2006              /s/ Juan Liu
                                        Juan (Jenny) Liu

4

Rooter Man, Kenner, LA

**Exhibit 1**

Welcome    Services    Products    About Us    Location    Contact Us    Calendar



"WHEN YOUR DRAINS DON'T WORK - WE DO!"   "SINCE 1975"

WE CAN CABLE IT!
WE CAN VIDEO IT!

Welcome to A Best Sewer & Drain Service, Inc. -- Rooter Man Web Page. It has been created to give customers and potential customers an insight into our services and general plumbing information. Ho will be helpful to you and help you understand how we fit into this picture.

Complete Plumbing Service & Repairs
Sewer & Drain Cleaning Specialists
Commercial/Residential

We can Cable It!
We can Jet It!
We can Video It!
We can Repair It!

- RESIDENTIAL / COMMERCIAL / INDUSTRIAL
- SERVICES & REPAIRS
- PROMPT, RADIO DISPATCHED SERVICE
- REASONABLE RATES
- NO EXTRA CHARGE FOR NIGHTS & WEEKENDS
- WE CAN WALK YOU THROUGH YOUR INSURANCE CLAIM
- QUALITY MATERIALS
- PROFESSIONALLY INSTALLED
- SENIOR CITIZEN DISCOUNT

State Certified Backflow Prevention Specialist

Choose from 6 different locations



http://abestrooterman.com/    1/26/2005

Welcome    Services    Products    About Us    Location    Contact Us    Calendar



"WHEN YOUR DRAINS DON'T WORK - WE DO!"™

"SINCE 1975"

WE CAN CABLE IT!
WE CAN VIDEO IT!

Welcome to A Best Sewer & Drain Service, Inc. -- Rooter Man Web Page. It has been created to give customers and potential customers an insight into our services and general plumbing information. Ho will be helpful to you and help you understand how we fit into this picture.

Complete Plumbing Service & Repairs
Sewer & Drain Cleaning Specialists
Commercial/Residential

We can Cable It!
We can Jet It!
We can Video It!
We can Repair It!

- RESIDENTIAL / COMMERCIAL / INDUSTRIAL
- SERVICES & REPAIRS
- PROMPT, RADIO DISPATCHED SERVICE
- REASONABLE RATES
- NO EXTRA CHARGE FOR NIGHTS & WEEKENDS
- WE CAN WALK YOU THROUGH YOUR INSURANCE CLAIM
- QUALITY MATERIALS
- PROFESSIONALLY INSTALLED
- SENIOR CITIZEN DISCOUNT

State Certified Backflow Prevention Specialist

Choose from 6 different locations



**Chris**

From: ROOTER-MAN OF WASHINGTON [RootermanofWa@comcast.net]
Sent: Thursday, February 24, 2005 9:37 PM
To: Donald

Are these rooter-man franchise owner??
http://abestrooterman.com

http://rooter-man.9601257040005.worldpages-ads.com/

http://www.rootermanplumbing.com/422612.html

http://www.arooterman.net/

2/25/2005

Subj: **locations**
Date: 6/17/2005 2:09:50 P.M. Eastern Standard Time
From: Nannie_Margaret@msn.com
To: rooterman1@aol.com

A few minutes ago I caught the tail end of a commercial showing rooter man inspecting underground residential drains. This is possibly what I need but I can't find anything local on your company.

I am located in Arabi, Louisiana just east of New Orleans, Louisiana. My zip code is 70032. Please advise if you have any locations with my area.

Margaret B. (LA)

Subj: **website found for rooter man**
Date: 6/21/2005 4:44:21 P.M. Eastern Standard Time
From: Still MAL
To: ROOTERMAN1

Donald:

Is this one of your franchises? I am confused!

Rooter Man, Kenner, LA

Tracey DeMatteo

Subj: (no subject)
Date: 7/1/2005 12:03:23 P.M. Eastern Standard Time
From: Dclinc138
To: ROOTERMAN1

Donald:

I was search the internet for our site and came across this site. Is this one of ours?

Rooter Man, Kenner, LA


Darrell Charlesworth
Rooterman

504-304-3437
Caller ID  3/07/05
? Rooterman  11:23
Harring & New Orleans
Louisiana  Collino
                 Herron
See Trucks
over. Told him
our closest dealer
is Biloxi Mississp,'
& That the Rooter man
He see's is not OURS !

Compliments of
COLE Publishing

Subj: **Service Needed**
Date: 10/3/2005 12:55:47 P.M. Eastern Standard Time
From: debbieteach@bellsouth.net
To: rooterman1@aol.com

Good Morning,

I live in one of the effected areas of Hurricane Katrina and had several trees fall, one which is located by the pipes going into my house. I would like to have someone come to my house and give me an estimate of repairs if any are needed. I assume this would be done by video?

Please have someone contact me or my husband at the following numbers.
The house is located in Metairie LA between Power Blvd & Transcontinental - Kawanee & W. Esplanade. We are not currently living in the house so someone would have to meet you there.

Dan Teachworth              Debbie Teachworth
(504) 915-8244 Cell         (504) 722-9925 Cell
(504) 466-3474 Work         (337) 363-3747 Home

Thanks!

Subj: **Discouteous Driver**
Date: 4/16/2006 9:08:32 A.M. Eastern Standard Time
From: jecno@bellsouth.net
To: rooterman1@aol.com

Just wanted to tell some one that one of your drivers was a danger to all others on the road. The date was Saturday, April 15th at about 7:30 AM in Metairie, LA. The location was heading East on West Metairie Avenue. This driver was going over 45 miles, weaving from lane to lane to avoid waiting for another vehicle and essentially posing a danger to other drivers. FYI, the number on the RooterMan truck was #1036.