UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
A CORP. d/b/a ROOTER MAN                              )
                                        Plaintiff      )
                                                       )
v.                                                     )
                                                       )        CIVIL ACTION NO.
A BEST SEWER & DRAIN SERVICE, INC., and )        05 CA 11655 NMG
GUY JOSEPH LAVENIA SR.                                 )
                                        Defendants     )
_____ )

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Plaintiff A Corp d/b/a Rooter Man ("Plaintiff") hereby files a

statement that Plaintiff is a corporation duly organized under the laws of the Commonwealth of

Massachusetts.  Plaintiff does not have any parent corporation.  There is no publicly held

company that owns 10% or more of Plaintiff's stock.

Respectfully Submitted
A Corp d/b/a ROOTER MAN
By its attorneys,

/s/ Juan Liu_____
Juan (Jenny) Liu, BBO# 655921
William H. McCarter, Jr., BBO#327620
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 670-0718
Fax: (978) 663-0061

Date: November 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 10th day of November 2006.

Date:   November 10, 2006                    /s/ Juan Liu_____
                                             Juan (Jenny) Liu