UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> A BEST SEWER & DRAIN SERVICE, INC., AND ) <br> GUY JOSEPH LAVENIA SR. ) <br> Defendants ) <br> ) | CIVIL ACTION NO. <br> 05 CA 11655 NMG |

**AFFIDAVIT OF JUAN LIU REGARDING SUBMISSION OF SUPPLEMENTAL EXHIBITS TO AFFIDAVIT OF DONALD MACDONALD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO VACATE ENTRY OF DEFAULT AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1. I am counsel for Plaintiff in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. On or about November 10, 2006, Plaintiff filed an Affidavit of Donald MacDonald in support of Plaintiff's Opposition to Defendants' Motion to Vacate Entry of Default and Motion to Dismiss for Lack of Personal Jurisdiction.

3. Exhibit 4 cited in the Affidavit of Donald MacDonald was not attached to the affidavit due to an oversight and is hereby submitted as Exhibit 4.

4. Plaintiff received additional emails evidencing actual confusion as to the business relationship between the parties and some of the emails were from Plaintiff's franchisees in Massachusetts. Said emails are hereby submitted as Exhibit 4-A to the Affidavit of Donald MacDonald.

Signed under pains and penalties of perjury this 6th day of March, 2007.

/s/ Juan Liu_____
Juan (Jenny) Liu, BBO# 655921
P.O. Box 290
N. Billerica, MA 01862
Tel: (978) 670-0718
Fax: (978) 663-0061

1

CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a true copy of the documents will be sent to those indicated as non-registered participants on this 6th day of March 2007.

Date:  March 6, 2007                                        /s/ Juan Liu_____
                                                                                Juan (Jenny) Liu

| | |
|---|---|
| Subj: | **Refill Reminder from ndapharmacy.com** |
| Date: | 4/2/2006 2:01:02 A.M. Eastern Standard Time |
| From: | do-not-reply@safetrustprocessing.com |
| To: | ronnie@rooterman.com |

**Time to refill your prescription.**

Our records indicate that the order you placed with safetrustprocessing.com on 03/09/06 for **Adipex 37.5mg tablet** (30 day supply) needs to be refilled.

**Don't miss a day! Click here to refill your prescription today!**

Thank you for your patronage. If you have any questions, e-mail us at customerservice@safetrustprocessing.com.

The Customer Service Team
**ndapharmacy.com**

---

*If you'd prefer that we stop sending you refill reminders on future orders, click here.*

st Processing - Your Secure Online Store

# Secure Order Questionnaire

See our privacy statement for additional information.

If you are a returning customer, **click here** to login.

### product selection

**Note:** You will be given the chance to make changes to your product and shipping choices after completing this page.

| Name | Description | Qty | Cost | |
|---|---|---|---|---|
| Adipex 37.5mg tablet | 1 month supply | 1 | $137.60 | 🗑 **Remove** |

### customer account information

If you're not VERONICA LAVENIA, please click here.

Please fill personal information form.
\* indicates a required field.

First Name: * VERONICA  (Complete First Name - No Initials)
Last Name: * LAVENIA
Email Address: RONNIE@ROOTERMAN.COM

NOTE: To keep you informed, we provide e-mail notifications concerning your medical consultation and order status.

Date of Birth: * Nov (11) / 24 / 1962
Password: *  (Must be at least 6 characters)
Confirm Password: *
Gender: * ○ Male  ● Female

### billing information

Billing Address: * 2545 DELAWARE AVE

City: * KENNER
State: * Louisiana  (Pharmacy does not ship to NV, MO, VA, PR, KY)
Zip Code: * 70062
Country: USA
Day Time Phone: * (504) 466 - 8581

### shipping information

☐ Same as Billing Address

http://www.safetrustprocessing.com/question1.php?&CFID=4485528&CFTOKEN=61907594                         4/3/2006

| | |
|---|---|
| Subj: | **Walmart.com Customer Service Adjustment 2677106111127** |
| Date: | 6/29/2006 1:14:14 A.M. Eastern Standard Time |
| From: | billing@walmart.com |
| To: | ronnie@rooterman.com |

THIS IS BEING SENT FROM AN UNMONITORED MAILBOX. PLEASE DO NOT REPLY TO THIS EMAIL. IF YOU HAVE QUESTIONS, PLEASE CONTACT help@walmart.com.

Dear Christine Keen

Thank you for shopping at Wal-Mart.

We have issued a credit in the amount of $ 2.50
for order #2677106111127 placed on 21 NOV 2005 08:05.

If you paid by credit card or debit card, this credit should appear on your next credit card statement.

If you paid with a Gift Card, the funds will be credited back to the Gift Card used in the original purchase.

If you paid with Bill Me Later., this credit should appear on your next Bill Me Later statement.

Help
If you have any questions, contact one of our Customer Service Associates at help@walmart.com.

Sincerely,

Customer Service at Walmart.com
http://www.walmart.com

Thursday, June 29, 2006 America Online: ROOTERMAN1



**Windows Live™ Mail**
Beta

Print  X Close Window

7:05 AM 2/07/07

**ROOTERMAN1@aol.com**

To: liujnny@msn.com
Subject: Fwd: FW: Is this a rooter man dealer

Attachments: image001.jpg (7.6 KB), image002.jpg (7.6 KB), FW Is this a rooter man dealer   Security scan upon download  TREND
(0.0 KB)

Hello Jenny,
Add this to list of violation, new franchise dealer Peter said he came up on the top of list on Goggle search engine which is damaging our brand image which we spend national advertising dollars on to benefit him
Donald
Print out for file

--Forwarded Message Attachment--
From: pgalligani@rooterman-capecod.com
To: ROOTERMAN1@aol.com
Subject: FW: Is this a rooter man dealer
Date: Wed, 7 Feb 2007 06:32:19 -0500



SERVING CAPE COD AND THE ISLANDS
**Peter Galligani** — *Owner*
508-360-7268
WWW.ROOTERMAN-CAPECOD.COM

EMAIL: pgalligani@rooterman-capecod.com http://WWW.ROOTERMAN.COM/YOUR

**From:** Peter Galligani [mailto:pgalligani@rooterman-capecod.com]
**Sent:** Saturday, February 03, 2007 6:33 AM
**To:** ROOTERMAN1@aol.com
**Subject:** Is this a rooter man dealer

Hi Donald,

I was doing some research this morning and I ran across this site
http://www.abestrooterman.com/index.html. Is this a Rooter Man dealer? Is this a different Brand?



I will be by this morning to pick up the tools.

Peter

EXHIBIT 4-A

Subj: **RE: VERONICA LAVENIA's weight**
Date: 1/26/2007 5:49:31 A.M. Eastern Standard Time
From: bonnie@newyearphen.com
To: RONNIE@rooterman.com

ear VERONICA,

is that time of the year again. You need to lose weight, and we can help. We have Meds in stock for you today.
nce approved, we will deliver it to you in four business days or less..
ww.newyearphen.com

/e have shipped to:
ERONICA LAVENIA


0062
i04)466-8581


ıst go to www.newyearphen.com to begin your new order request.

o order will be placed and your card will not be charged unless you complete the medical
rm at the link below. It is important that we have a current history on you.
ww.newyearphen.com

o discontinue updates, simply reply to this email.

ONNIE@ROOTERMAN.COM