UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )    CIVIL ACTION NO.<br>A BEST SEWER & DRAIN SERVICE, INC., and  )    05-11655 NMG<br>GUY JOSEPH LAVENIA SR.,  )<br>    Defendants.  )  | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), defendant A Best Sewer & Drain Service, Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

BEST SEWER & DRAIN, INC.

By its attorneys,

*/s/ Howard H. Wang*
Barbara Gruenthal (BBO# 544029)
Howard H. Wang (BBO# 662891)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: March 26, 2007

CERTIFICATE OF SERVICE

I, Howard Wang, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 26, 2007.

/s/ *Howard H. Wang*
Howard Wang