UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,<br>Plaintiff,<br><br>v.<br><br>A BEST SEWER & DRAIN SERVICE, INC., and<br>GUY JOSEPH LAVENIA SR.,<br>Defendants. | CIVIL ACTION NO.<br>05-11655 NMG |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

The parties hereby jointly move for entry of the Confidentiality Stipulation and Order attached hereto as Exhibit 1. As discussed with the Court at the Scheduling Conference held on August 3, 2007, the proposed order includes suggested custody arrangements for any impounded materials upon conclusion of the litigation as required under Local Rule 7.2(a).

Respectfully submitted,

A CORP. d/b/a ROOTER-MAN,

By its attorney,

/s/ Juan Liu
Juan Liu (BBO# 655921)
William H. McCarter, Jr. (BBO#327620)
P.O. Box 290
Billerica, MA
(978) 670-0718

BEST SEWER & DRAIN SERVICE, INC.
and GUY JOSEPH LAVENIA SR.,

By their attorneys,

/s/ Barbara Gruenthal
Barbara Gruenthal (BBO# 544209)
Howard H. Wang (BBO# 662891)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: August 14, 2007

*Motion allowed for entry of the confidentiality order as amended by the Court.*

*NMGorton, USDJ 9/26/07*