UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

_____
A CORP. d/b/a ROOTER MAN,                )
    Plaintiff,                           )
                                         )
v.                                       )
                                         )    CIVIL ACTION NO.
A BEST SEWER & DRAIN SERVICE, INC., and  )    05-11655 NMG
GUY JOSEPH LAVENIA SR.,                  )
    Defendants.                          )
_____)

**MOTION FOR ADMISSION OF GEORGE DENEGRE, JR. *PRO HAC VICE***

Barbara Gruenthal, a member in good standing of the Bar of this Court, hereby moves for admission of attorney George Denegre, Jr., *pro hac vice*, to represent defendants Best Sewer & Drain Service, Inc. ("Best Sewer") and Guy Lavenia, Sr. in the above-captioned action. As stated in the Affidavit of George Denegre, Jr. attached hereto:

    1.    Mr. Denegre is a partner in the law firm Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099.

    2.    Mr. Denegre is admitted to practice in the state courts of Louisiana as well as the United States District Court for the Eastern District of Louisiana.

    3.    Mr. Denegre is a member of the bar in good standing in every jurisdiction and court to which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction or court. Mr. Denegre has received and read a copy of the Local Rules of the United States District Court for the District of Massachusetts and he is familiar with them.

    4.    Mr. Denegre represents Best Sewer in related litigation pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, encaptioned *A Best Sewer & Drain Service, Inc. v. A Corp.*, No. 615-277.

5.     Barbara Gruenthal has entered an appearance on behalf of the defendants in this action. Best Sewer and Mr. LaVenia wish to have Ms. Gruenthal and Mr. Denegre represent them in this matter as co-counsel.

WHEREFORE, Barbara Gruenthal respectfully requests that George Denegre, Jr. be admitted to the Bar of this Court, *pro hac vice*, to represent defendants Best Sewer & Drain Service, Inc. and Guy Lavenia, Sr. in the above-captioned action.

Respectfully submitted,

*/s/ Barbara Gruenthal*
Barbara Gruenthal (BBO# 544209)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Counsel for Best Sewer & Drain Service, Inc.
and Guy Joseph Lavenia, Sr.

Dated: September 28, 2007

LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Barbara Gruenthal, hereby certify that counsel for the parties have conferred and attempted in good faith to resolve or narrow the issues raised herein and have been unable to do so.

/s/ *Barbara Gruenthal*
Barbara Gruenthal

CERTIFICATE OF SERVICE

I, Barbara Gruenthal, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 28, 2007.

/s/ *Barbara Gruenthal*
Barbara Gruenthal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,          )<br>          Plaintiff,          )<br>                                       )<br>v.                                     )<br>                                       )<br>A BEST SEWER & DRAIN SERVICE, INC., and     )<br>GUY JOSEPH LAVENIA SR.,          )<br>          Defendants.          )<br>                                       ) | CIVIL ACTION NO.<br>05-11655 NMG |

**AFFIDAVIT OF GEORGE DENEGRE, JR.**

1.    I am a partner in the law firm Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099.

2.    I am admitted to practice in the state courts of Louisiana as well as the United States District Court for the Eastern District of Louisiana.

3.    I am a member of the bar in good standing in every jurisdiction and court to which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction or court. I have received and read a copy of the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

4.    I represent Best Sewer & Drain Service, Inc. ("Best Sewer") in a related action pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, encaptioned *A Best Sewer & Drain Service, Inc. v. A Corp.*, No. 615-277.

5.    I respectfully request admission to the Bar of this Court *pro hac vice* as counsel for the defendants Best Sewer & Drain Service, Inc. and Guy Joseph LaVenia, Sr. in the above-captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF September, 2007.

*/s/ George Denegre, Jr.*
George Denegre, Jr.

CERTIFICATE OF SERVICE

I, Barbara Gruenthal, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 28, 2007.

/s/ *Barbara Gruenthal*
Barbara Gruenthal