UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>A BEST SEWER & DRAIN SERVICE, INC., and )<br>GUY JOSEPH LAVENIA SR., )<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>05-11655 NMG |

**NOTICE OF APPEARANCE OF JUDITH S. ZISS**

To the Clerk of the above-captioned Court:

Please enter the appearance of Judith S. Ziss of Cooke Clancy & Gruenthal LLP as counsel for the defendants Best Sewer & Drain Service, Inc. (referred to in the Complaint as "A Best Sewer & Drain Service, Inc.) and Guy Joseph LaVenia, Sr.

                                      Respectfully submitted,
                                      BEST SEWER & DRAIN, INC.
                                      and GUY LAVENIA SR.,
                                      By their attorneys,

                                      */s/Judith S.Ziss*
                                      Barbara Gruenthal (BBO# 544029)
                                      Howard H. Wang (BBO# 662891)
                                      Judith S. Ziss (BBO# 544937).
                                      COOKE, CLANCY & GRUENTHAL, LLP
                                      265 Franklin Street
                                      Boston, MA 02110
                                      (617) 428-6800

Dated: January 21, 2008

CERTIFICATE OF SERVICE

I, Judith S. Ziss, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 21, 2008.

                                    /s/ *Judith S. Ziss*
                                    Judith S. Ziss