UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| A CORP. d/b/a ROOTER MAN,<br>    Plaintiff,<br><br>v.<br><br>A BEST SEWER & DRAIN SERVICE, INC., and<br>GUY JOSEPH LAVENIA SR.,<br>    Defendants. | CIVIL ACTION NO.<br>05-11655 NMG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my notice of withdrawal on behalf of the defendants A Best Sewer & Drain Service, Inc. and Guy Joseph Lavenia, Sr., in the above-captioned action. Attorneys Barbara Gruenthal and Judith Ziss of this office will be continuing their representation of the defendants in this matter.

Respectfully submitted,

HOWARD H. WANG

*/s/ Howard Wang*
Howard H. Wang (BBO# 662891)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: January 31, 2008

CERTIFICATE OF SERVICE

I, Howard H. Wang, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 31, 2008.

*/s/ Howard H. Wang*
Howard H. Wang