UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN        )<br>                    Plaintiff    )<br>                                                )<br>v.                                              )<br>                                                )   CIVIL ACTION NO.<br>A BEST SEWER & DRAIN SERVICE, INC., and  )   05 CA 11655 NMG<br>GUY JOSEPH LAVENIA SR.           )<br>                    Defendants  )<br>                                                ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DEPOSITIONS**

The parties hereby jointly move for an extension of the deadline for the completion of depositions by one month from May 31, 2008 to June 30, 2008. As grounds therefor, the parties state that they have agreed that the deposition of defendant Guy LaVenia, Sr., a Louisiana resident, will be conducted in Louisiana. Plaintiff wishes to retain counsel in Louisiana to take Mr. LaVenia's deposition. The one-month extension requested will allow plaintiff time to retain Louisiana counsel and for such counsel to prepare for the deposition.

WHEREFORE, the parties respectfully request that the deadline for completion of depositions be extended from May 31, 2008 to June 30, 2008.

Respectfully submitted,

| A Corp d/b/a ROOTER MAN | BEST SEWER & DRAIN SERVICE, INC. |
|---|---|
| | And GUY JOSEPH LAVENIA SR., |
| By its attorneys, | By their attorneys, |
| | |
| */s/ Juan Liu* | */s/ Barbara Gruenthal* |
| Juan (Jenny) Liu, BBO# 655921 | Barbara Gruenthal (BBO# 544209) |
| P.O. Box 290 | COOKE CLANCY & GRUENTHAL LLP |
| N. Billerica, MA 01862 | 265 Franklin Street |
| Tel: (978) 670-0718 | Boston, MA 02110 |
| | (617) 428-6800 |

Dated:  May 1, 2008