UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>A BEST SEWER & DRAIN SERVICE, INC., and  )<br>GUY JOSEPH LAVENIA SR.,  )<br>    Defendants.  )<br>  ) | CIVIL ACTION NO.<br>05-11655 NMG |

**DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE MEDIATION**

The defendants hereby move to reschedule the mediation before Magistrate Judge Alexander from July 24, 2008 to July 17, 2008. As grounds therefor, the defendants state as follows:

1. By notice dated June 4, 2008, mediation in the above matter was scheduled for July 24, 2008, before Magistrate Judge Alexander.

2. An employee of defendant Best Sewer & Drain Service, Inc. whose attendance at the mediation is important is unavailable during the week on July 23, including July 24, 2008.

3. All of the necessary individuals and counsel for the parties are available on July 17, 2008.

4. Plaintiff, A Corp., has assented to this Motion.

WHEREFORE, the defendants request that the mediation be rescheduled from July 24, 2008 to July 17, 2008.

Respectfully submitted,

BEST SEWER & DRAIN SERVICE, INC. and
GUY LAVENIA, SR.

*/s/ Barbara Gruenthal*
Barbara Gruenthal (BBO# 544209)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: June 9, 2008

CERTIFICATE OF SERVICE

I, Barbara Gruenthal, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 9, 2008.

/s/ *Barbara Gruenthal*
Barbara Gruenthal