**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

____A. Corp,_____
         Plaintiff(s)

V.

____A. Best Sewer & Drain,_____
         Defendant(s)

CIVIL ACTION

NO. __05-11655__

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE __Gorton__

[x]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On __7/17/08 & 7/18/08__ I held the following ADR proceeding:

|   |   |   |   |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

[x]   All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]   Settled. Your clerk should enter a 30 day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____
_____

__7/24/08__                                   /s/ Joyce London Alexander
  DATE
                                              United States Magistrate Judge