UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A. Corp.,
      Plaintiff

v.    Civil Action No. 05-11655-NMG

A Best Sewer & Drain, Inc., et al.,
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

The Court having been advised by ADR Report that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz
_____

7/24/08
Date

Craig J. Nicewicz
Courtroom Clerk