UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

|  |  |
|---|---|
| A CORP. d/b/a ROOTER MAN,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>A BEST SEWER & DRAIN SERVICE, INC., and  )<br>GUY JOSEPH LAVENIA SR.,  )<br>    Defendants.  )<br>  ) | CIVIL ACTION NO.<br>05-11655 NMG |

**STIPULATION OF DISMISSAL**

The parties, by and through there counsel, hereby stipulate that all claims in the above matter be dismissed with prejudice and with each party to bear its or his own costs and all rights of appeal waived.

|  |  |
|---|---|
|  | Respectfully submitted, |
| A CORP. d/b/a ROOTER-MAN, | BEST SEWER & DRAIN SERVICE, INC.<br>and GUY JOSEPH LAVENIA SR., |
| By its attorney, | By their attorneys, |
| */s/ Jenny J. Liu*<br>Jenny J. Liu (BBO# 655921)<br>Jenny J. Liu's Law Office<br>P.O. Box 290<br>Billerica, MA<br>(978) 670-0718 | */s/ Barbara Gruenthal*<br>Barbara Gruenthal (BBO# 544209)<br>COOKE CLANCY & GRUENTHAL LLP<br>265 Franklin Street<br>Boston, MA 02110<br>(617) 428-6800 |

Dated:  September 2, 2008